UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH RANDOLPH MAYS,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )<br>  )  Civil Action No. 20-2197 (CKK)<br> FEDERAL BUREAU OF PRISONS, et al.,  )<br>  )<br>   Defendants.  )<br>  )<br>  )<br>  )  | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Now come the Defendants in the above captioned matter, by and through undersigned counsel, and hereby move for summary judgment pursuant to Fed. R. Civ. P. 56. In support of this motion, Defendants rely on the following submitted with this motion: Memorandum in Support; Statement of Material Facts Not in Dispute; Declaration of Kelly Forbes, with attached Exhibits A through Q; and *Vaughn* index.

Dated: March 19, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/Thomas W. Duffey
THOMAS W. DUFFEY
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

- 2 -

                                                Attorneys for the United States

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of March, 2021, he served a copy of the foregoing Motion for Summary Judgment; Statement of Material Facts Not in Dispute; Declaration of Kelly Forbes, with attached Exhibits A through Q; and Vaughn Index, upon the Pro Se Plaintiff, via regular mail, at the following address:

Joseph Randolph Mays  
Pro Se  
R#43487-007  
Gilmer Federal Correctional Institution  
Inmate Mail/Parcels  
P.O. Box 6000  
Glenville. WV 26351-6000

                                                */s/ Thomas W. Duffey*  
                                                THOMAS W. DUFFEY