# Exhibit A

```
  BUTB5              *        PUBLIC INFORMATION          *      03-15-2021
PAGE 001             *            INMATE DATA             *      08:14:47
                                AS OF 03-15-2021

REGNO..: 43487-007 NAME: MAYS, JOSEPH RANDOLPH

                        RESP OF: GIL
                        PHONE..: 304-626-2500    FAX: 304-626-2693
                                                 RACE/SEX...: BLACK / MALE
                                                 AGE:  56
PROJ REL MT: GOOD CONDUCT TIME RELEASE           PAR ELIG DT: N/A
PROJ REL DT: 07-25-2047                          PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BUTB5              *      PUBLIC INFORMATION       *      03-15-2021
PAGE 002           *         INMATE DATA           *      08:14:47
                          AS OF 03-15-2021

REGNO..: 43487-007 NAME: MAYS, JOSEPH RANDOLPH

                   RESP OF: GIL
                   PHONE..: 304-626-2500   FAX: 304-626-2693
HOME DETENTION ELIGIBILITY DATE: 01-25-2047

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  07-25-2047 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER...................: 2009 CF1 006675
JUDGE...........................: FISHER
DATE SENTENCED/PROBATION IMPOSED: 01-14-2011
DATE COMMITTED..................: 02-22-2011
HOW COMMITTED...................: DC SUPERIOR COURT COMT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $00.00          $00.00          $00.00       $300.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  621     DC HOMICIDE MURDER
OFF/CHG: 22-2103 MURDER II WHILE AREMED (3X).

 SENTENCE PROCEDURE.............: DC SRAA ADULT SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     45 YEARS
 TERM OF SUPERVISION............:      5 YEARS
 DATE OF OFFENSE................: 03-21-2009

G0002      MORE PAGES TO FOLLOW . . .
```

```
BUTB5            *        PUBLIC INFORMATION          *        03-15-2021
PAGE 003 OF 003 *            INMATE DATA              *        08:14:47
                         AS OF 03-15-2021

REGNO..: 43487-007 NAME: MAYS, JOSEPH RANDOLPH

                    RESP OF: GIL
                    PHONE..: 304-626-2500  FAX: 304-626-2693
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-18-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-07-2011 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-14-2011
TOTAL TERM IN EFFECT............:    45 YEARS
TOTAL TERM IN EFFECT CONVERTED..:    45 YEARS
EARLIEST DATE OF OFFENSE........: 03-21-2009

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    03-21-2009   01-13-2011

TOTAL PRIOR CREDIT TIME.........: 664
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 2430
TOTAL GCT EARNED................: 594
STATUTORY RELEASE DATE PROJECTED: 07-25-2047
ELDERLY OFFENDER TWO THIRDS DATE: 03-21-2039
EXPIRATION FULL TERM DATE.......: 03-20-2054
TIME SERVED.....................:    11 YEARS    11 MONTHS    23 DAYS
PERCENTAGE OF FULL TERM SERVED..: 26.6
PERCENT OF STATUTORY TERM SERVED: 31.2

PROJECTED SATISFACTION DATE.....: 07-25-2047
PROJECTED SATISFACTION METHOD...: GCT REL

S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Exhibit B

MXR|GIL

CERTIFIED MAIL RECEIPT
7015 0640 0006 5244 4828

LEGAL MAIL

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

January 29, 2017

Office of General Counsel
Federal Bureau of Prisons
Attn: FOIA Service Center
320 First Street NW
Washington, DC 20534

**Received**

Page 1 of 2

FEB 17 2017

FOIA/PA Section

Attention of General Counsel Federal Bureau of Prisons

Hello. I am writing to you today as per the instructions of Supervisory Attorney Debbie Stevens at FCI Beckley Consolidated Legal Center in Beaver, West Virginia, in her response, dated January 19, 2017, to my FOIA request, which was dated December 29, 2016.

On August 11, 2016, I was retaliatorily and wrongfully placed in administrative detention in the SHU at FCI Butner II, in Butner, NC. I have been denied access to information on the **specific** **reason(s)** for my placement in the SHU.

I attempted again, on November 15, 2016, to find out the(se) reason(s) when I asked my then Case Manager Mr. DeMotto, at FCI Gilmer, WV (C-3 Unit), if I could view my Form 409 (Request for Transfer/Application of Management Variable) in **my** inmate file. I explained to him that I was trying to find out the reason(s), in writing, for my transfer. He told me that I **could not** view it. He said I would have to file a Freedom of Information Act (FOIA) request through the FCI Beckley Consolidated Legal Center in order to obtain a copy of my Form 409.

In December 2016, I followed up and sent the FOIA request to the FCI Beckley Consolidated Legal Center. In addition to the Form 409 request, I also requested a copy of the 2016 Maintenance Activity Log that I had created and maintained on the computer I used while employed as the Mechanic/Lead Mechanic at the UNICOR Optics Factory in Butner, NC.

I received a response from FCI Beckley Consolidated Legal Center on January 27, 2017. They stated that if I was attempting to file a Freedom of Information Act (FOIA) request, pursuant to 28 C.F.R § 16.3, I must submit that request to your office [Office of General Counsel].

I am now asking your office, in the interest of fairness and justice, to be given access to a copy of the following documents:

* **Form 409 (Request for Transfer/Application of Management Variable)**

 - Outlines/describes the reason(s) I was placed in administrative detention and subsequently transferred

Joseph R. Mays 43487-007

January 29, 2017

Page 2 of 2

* **UNICOR Maintenance Activity Log (2016)** – UNICOR Optics Factory
  Butner, NC
    - Created to track maintenance activity in the factory

    - Was under my account on the factory computer system

* **UNICOR/FPI Form 44 – Yearly Chronological FPI Work Performance
  Evaluation Form**

    - Requesting **all** of them (October 2012 – August 11, 2016)

* **UNICOR/FPI Form 96 – Inmate Industrial Employment Action**

    - Requesting **all** of them (October 2012 – August 11, 2016)

Thank you for your time and attention to this matter. I look
forward to the receipt of these documents. Have a nice day.

Respectfully submitted,

Joseph R. Mays
43487-007
FCI Gilmer, WV
PO BOX 6000
Glenville, WV 26351-6000

Attached: Copy of Initial FOIA request to FCI Beckley Consolidated
          Legal Center dated December 29, 2016   1 page

          Copy of Response from Beckley Consolidated Legal Center
          dated January 19, 2017 (Supervisory Attorney Debbie Stevens)
          1 page

**LEGAL MAIL**                          Joseph R. Mays 43487-007
                                        Federal Correctional Institution - Gilmer
**CERTIFIED MAIL RECEIPT**              PO BOX 6000
7015 0640 0006 5244 4798                Glenville, WV 26351-6000

**\*\* Freedom of Information Request \*\***          December 29, 2016

     Beckley Consolidated Legal Center                Page 1 of 1
     Federal Bureau of Prisons
     RE: FOIA Request
     PO BOX 1280
     Beaver, WV 25813

       Attention Beckley Consolidated Legal Center:

          Hello. I am writing to you today to obtain some information/
       documentation from **my** Inmate Central File.

          I am writing to request a copy of my Form 409 (Request for
       Transfer/Application of Management Variable).

          I was told, during Unit Team on November 15, 2016, by Case
       Manager Mr. Demotto (FCI Gilmer, WV C-3 Unit Case Manager), that I
       had to write to the Beckley Consolidated Legal Center to obtain a
       copy of my Form 409. Other inmates have told me that they have been
       able to get a copy of or view it by simply submitting a copout or
       asking their case manager.

          I am also requesting a copy of the Maintenance Activity Log
       that was on my computer at the UNICOR Optics Factory at FCI Butner I
       in Butner, NC. The computer account/records are/were under my
       register number. It should be approximately 18-25 pages long and
       have the "down" and the "up" times for each piece of equipment
       listed.

          I thank you for your time and assistance in this matter.

          Respectfully submitted,

          Joseph R. Mays
          43487-007

RECEIVED

JAN   9 2017

Consolidated Legal Center
Beckley, West Virginia



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

---

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

January 19, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV   26351

Dear Mr. Mays:

Please be advised that if you are attempting to file a Freedom of Information Act (FOIA) request,
pursuant to 28 C.F.R. § 16.3, your request must be submitted to the address below:

> Office of General Counsel
> Attn: FOIA Service Center
> 320 First Street, N.W.
> Washington, D.C.   20534

Sincerely,

Debbie Stevens
Supervisory Attorney

# Exhibit C



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_____

*Mid Atlantic Regional Office*
*302 Sentinel Drive*
*Suite 200*
*Annapolis Junction, MD  20701*

March 9, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV  26351          Request Number: 2017-02957

Dear Mr. Mays:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested a copy of your Request for Transfer/Management Variable for transfer from Butner to Gilmer; a copy of your UNICOR Activity Log, Work Performance Evaluation Form and Inmate Industrial Employment Action.

In response to your request, staff located 3 pages of responsive records, which were forwarded to this office for a release determination.  After careful review, we determined 3 pages are appropriate for release in part. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions: (b)(6), (b)(7)(C). An explanation of FOIA exemptions is attached.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and

Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel

EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
SEP 2006
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| From: Thomas B. Smith, Warden | Facility: FCI Butner I, North Carolina | Date: 8/29/16 |
|---|---|---|
| Inmate's Name: MAYS, Joseph Randolph | Register Number: 43487-007 | |
| To: DSCC Administrator | | |

X    Transfer to: Any appropriate MEDIUM facility (323 - Close Supervision)
____   Apply Management Variable:
____   Update Management Variable Expiration Date. (New Date):

1.  **Inmate's Medical Status**

Inmate MAYS is a Care Level 2 Stable, Chronic Care inmate assigned to regular duty work status with no medical restrictions. He does not have any medical issues or mental health concerns noted or observed that would prevent a transfer.

2. **Institution Adjustment** (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)

Inmate MAYS has maintained poor institutional adjustment at FCI Butner.

3. **Rationale for Referral.** (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)

On August 11, 2016, at approximately 11:40 a.m., inmate Mays confronted staff at mainline regarding some concerns he had. During the confrontation, Mays became visibly agitated and made threatening comments towards staff. Mays stated, "he would do what he had to do" and "he could cause problems in UNICOR." During this same time, there was information circulating throughout the Bureau of Prisons regarding a proposed work stoppage on September 9, 2016. Inmate Mays was placed in Administrative Detention pending an SIS Investigation. The investigation determined inmate Mays has animosity towards certain staff, because he didn't get "his way" in certain situations and due to flyers circulating pertaining to a work stoppage slated for September 9, 2016. The investigation further revealed that Mays attempted to manipulate a lower functioning inmate, with violent tendencies, into believing that staff and inmates were making fun of him. During one conversation, Mays picked up a hammer, slammed it down and stated that a staff member was going to get the hammer. It is the recommendation of the SIS Office that inmate Mays be transferred to an institution outside of FCC Butner, NC. Inmate Mays was recently re-classified as an 8-point HIGH security inmate with a MEDIUM security management level. Unit Team is requesting a transfer to any appropriate MEDIUM security facility. Inmate Mays projected release date is June 2, 2048. He is not appropriate for RRC referral at this time.

He is a CIM case.

| 4a. Parole Hearing Scheduled: ____ Yes  X  No | 4b. If yes, when: _____ |
|---|---|

5.  Note any past or present behavior and/or management/inmate concerns.
Inmate Mays recently became increasingly confrontational with staff.

6.  BP337/BP338 Discrepancies
None.

**FOI EXEMPT**

Staff have checked the following SENTRY Programs to ensure that they are correct and current:
    Inmate Profile                             CIM Clearance and Separatee Data
    Inmate Load Data                          Custody Classification Form
    Sentence Computation                   Chronological Disciplinary Record

| Prepared by (Case (b)(6),(b)(7)(C) | Unit Manager Sig (b)(6),(b)(7)(C) |
|---|---|
| (b)(6),(b)(7)(C) | (b)(6),(b)(7)(C) |

# UNICOR WORK PERFORMANCE DOCUMENT

**Date: 8/11/16**
**Inmate's Name: Mays, Joseph**
**Register Number: 43487-007**
**Unit: Clemson**
**Grade: 1**

**IN COMPLIANCE WITH UNICOR, FPI WORK PROGRAMS FOR INMATES, P.S. 8120.01, WHICH INCLUDES INMATE WORKER STANDARDS, PAY AND BENEFITS, I RECOMMEND THE FOLLOWING ACTION BE TAKEN ON THE ABOVE:**

- ( )  COUNSELED
- ( )  DEMOTION TO GRADE ____ FOR _90_____ DAYS (MINIMUM)
- ( )  WITHHOLD VACATION CREDIT FOR PRESENT MONTH OF_____
- ( )  WITHHOLD HOLIDAY PAY FOR PRESENT MONTH OF_____
- ( )  WITHHOLD LONGEVITY PAY FOR PRESENT MONTH OF_____
- ( )  REMOVAL FROM PREMIUM PAY STATUS
- ( X )  TERMINATION FROM UNICOR

**REASON(s)** Inmate Mays has been terminated from UNICOR. On 8/11/2016 he was placed in the Special Housing Unit for making threatening comments to AW Maat and myself. He also made comments of causing a work stoppage in UNICOR.

**FACTORY MANAGER:** (b)(6);(b)(7)(C)

**ASSOCIATE WARDEN, INDUST**

**INMATE ACKNOWLEDGMENT:** _____

**INMATE REFUSAL TO ACKNOWLEDGMENT:** _____

**DUE TO THE ABOVE INFRACTION, THE ASSOCIATE WARDEN (I) AND UNIT TEAM AGREE TO TERMINATE THIS INMATE FROM UNICOR EMPLOYMENT EFFECTIVE:**
____8/11/2016_____

**ASSOCIATE WARDEN (I) SIGNATURE** (b)(6);(b)(7)(C)

**UNIT MANAGER'S SIGNATURE:** _____

Clemon

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: Mays Joseph
LAST, FIRST, MIDDLE INITIAL

REGISTER NUMBER: 43487-007

.1.7.7.
**INSTITUTION CODE**

.1.0.6.0.
**INDUSTRY CODE**

6.3.8.6.8.4.0.1.8.
**WORK ASSIGNMENT DOT CODE**

M D D D Y Y
.1.0.0.1.1.3.
**EVALUATION BEGIN DATE**

Rating Scale: 1=Much Worse than Average
4=Better than Average

M D D D Y Y
.0.3.3.1.1.4.
**EVALUATION END DATE**

2=Worse than Average          3=Average
5=Much Better than Average

Comments: Good work



.1.7.7.
**INSTITUTION CODE**

.1.0.P.P.
**INDUSTRY CODE**

6.3.8.6.8.4.D.1.Y.
**WORK ASSIGNMENT DOT CODE**

.0.4.0.1.1.Y.
**EVALUATION BEGIN DATE**

Rating Scale: 1=Much Worse than Average
4=Better than Average

.0.Y.0.1.1.Y.
**EVALUATION END DATE**

2=Worse than Average          3=Average
5=Much Better than Average

Comments: Great Worker, always
willing to ensure equipment
is maintained + running
efficiently.

ORIGINAL - Stays with UNICOR
Copies - One copy to Case Manager after each Evaluation

# Exhibit D

**LEGAL MAIL**

**CERTIFIED MAIL RECEIPT**
**7016 1370 0001 8032 0168**

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

US Department of Justice
Office of Information Policy
1425 New York Avenue NW
Suite 11050
Washington, DC 20530

March 28, 2017

Page 1 of 12 (14) JRM *

RE: **Freedom of Information Act Appeal** (BOP FOIA Request Number: 2017-02957)

Attention Director, Office of Information Policy:

Hello. I am writing to you today to appeal the response to my request for documents under the Freedom of Information Act Request, pursuant to 28 C.F.R. § 16.3, to the Office of General Counsel, Federal Bureau of Prisons, FOIA Service Center, dated January 29, 2017.

I was retaliated against for filing a grievance against my UNICOR Factory Manager, Mr. J. Hoskins, Associate Warden S. Maat, Warden Thomas Smith, and my two coworkers (Steve Bullis and Eric Walls) at FCI Butner I, in Butner, NC. My due process rights were violated, on August 11, 2016, when I was 1) denied information on what the **specific** charges against me were and 2) denied access to a hearing where I could be heard and be made fully aware of the "charges" and the "evidence" against me, at **that** time. I was placed in administrative detention and subsequently transferred. These actions severely limited my financial access to the courts and cost me programming opportunities and loss of time with my father, who died on October 23, 2016. Additionally, staff members, including the parties above, falsified multiple documents. I will be requesting that information in a seperate FOIA request to the BOP FOIA Service Center in the near future.

This information request, dated January 29, 2017, resulted in the production of only three documents. The first page (BOP FOIA 2017-02957 1 of 3) was sufficient as per my request. The other pages (BOP FOIA 2017-02957 2 of 3 and BOP FOIA 2017-02957 3 of 3) are **not** sufficient and are only a **small part** of the **set** I requested. I specifically requested **ALL** of those documents in each category. The request addressed a specific time frame (October 2012 to August 2016), which covers my entire period of employment at the UNICOR Optics Factory at FCI Butner I, in Butner, NC. One document (UNICOR Maintenance Activity Log (2016)) was **not** produced at all. I **NEED** these documents to **properly** defend myself against the charges that were alleged against me.

RECEIVED

MAY 1 2 2017

Office of Information Policy

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

March 28, 2017

Page 2 of 12 (14) JRM *

With that being said, I am requesting, again, a copy of **ALL** of the documents that were previously requested. I am listing them again below:

* **UNICOR Maintenance Activity Log (2016)** - UNICOR Optics Factory Buner, NC
    - Created to track maintenance activity in the factory
    - Was under my account on the factory computer system

* **UNICOR/FPI Form 44 - Yearly Chronological FPI Work Performance**

    Re-requesting **ALL** of them (October 2012 - August 11, 2016)

* **UNICOR/FPI Form 96 - Inmate Industrial Employment Action**

    Re-requesting **ALL** of them (October 2012 - August 2016)

Thank you for your time and attention to this matter. I look forward to the receipt of the remainder of these documents. Have a very nice day.

Respectfully submitted,

Joseph R. Mays
43487-007
FCI Gilmer, WV
PO BOX 6000
Glenville, WV 26351-6000

Attached: Copy of Initial FOIA request to FCI Beckley Consolidated
Legal Center dated December 29, 2016   1 page

Copy of Response from Beckley Consolidated Legal Center
dated January 19, 2017 (Supervisory Attorney Debbie Stevens)
1 page

Copy of Request to BOP FOIA Service Center dated January
29, 2017   2 pages

Copy of Response from BOP FOIA Service Center (6 pages) -
((Response Letter - (3) pages), ((1) page each of the
following: Form 409 dated September 28, 2016, FPI Form 96
dated August 11, 2016, and FPI Form 44 with 2013/2014 and
2015 evaluations)

For a total of twelve pages including this letter (12).
(fourteen) JRM                                    (14) JRM
* - **Added:** Certificate of Identity and FOIA Privacy Act Request

**LEGAL MAIL**

**CERTIFIED MAIL RECEIPT**
7015 0640 0006 5244 4796

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

** Freedom of Information Request **

December 29, 2016

Beckley Consolidated Legal Center
Federal Bureau of Prisons
RE: FOIA Request
PO BOX 1280
Beaver, WV 25813

Page 1 of 1

Attention Beckley Consolidated Legal Center:

Hello. I am writing to you today to obtain some information/ documentation from **my** Inmate Central File.

I am writing to request a copy of my Form 409 (Request for Transfer/Application of Management Variable).

I was told, during Unit Team on November 15, 2016, by Case Manager Mr. Demotto (FCI Gilmer, WV C-3 Unit Case Manager), that I had to write to the Beckley Consolidated Legal Center to obtain a copy of my Form 409. Other inmates have told me that they have been able to get a copy of or view it by simply submitting a copout or asking their case manager.

I am also requesting a copy of the Maintenance Activity Log that was on my computer at the UNICOR Optics Factory at FCI Butner I in Butner, NC. The computer account/records are/were under my register number. It should be approximately 18-25 pages long and have the "down" and the "up" times for each piece of equipment listed.

I thank you for your time and assistance in this matter.

Respectfully submitted,

Joseph R. Mays
43487-007

RECEIVED

JAN 9 2017

Consolidated Legal Center
Beckley, West Virginia



**U.S. Department of Justice**

Federal Bureau of Prisons

*Beckley Consolidated Legal Center*

---

*1600 Industrial Park Road, P.O. Box 1280*
*Beaver, West Virginia 25813*

January 19, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV   26351

Dear Mr. Mays:

Please be advised that if you are attempting to file a Freedom of Information Act (FOIA) request, pursuant to 28 C.F.R. § 16.3, your request must be submitted to the address below:

> Office of General Counsel
> Attn: FOIA Service Center
> 320 First Street, N.W.
> Washington, D.C.   20534

Sincerely,

Debbie Stevens
Supervisory Attorney

CERTIFIED MAIL RECEIPT
7015 0640 0006 5244 4828

LEGAL MAIL

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

7015 0640 0006 5244 4828

January 29, 2017

Office of General Counsel
Federal Bureau of Prisons
Attn: FOIA Service Center
320 First Street NW
Washington, DC 20534

Page 1 of 2

Attention of General Counsel:

Hello. I am writing to you today as per the instructions of
Supervisory Attorney Debbie Stevens at FCI Beckley Consolidated
Legal Center in Beaver, West Virginia, in her response, dated
January 19, 2017, to my FOIA request, which was dated December 29,
2016.

On August 11, 2016, I was retaliatorily and wrongfully placed in
administrative detention in the SHU at FCI Butner II, in Butner, NC. I
have been denied access to information on the **specific** **reason(s)** for
my placement in the SHU.

I attempted again, on November 15, 2016, to find out the(se)
reason(s) when I asked my then Case Manager Mr. DeMotto, at FCI
Gilmer, WV (C-3 Unit), if I could view my Form 409 (Request for
Transfer/Application of Management Variable) in **my** inmate file. I
explained to him that I was trying to find out the reason(s), in
writing, for my transfer. He told me that I **could not** view it. He
said I would have to file a Freedom of Information Act (FOIA) request
through the FCI Beckley Consolidated Legal Center in order to obtain
a copy of my Form 409.

In December 2016, I followed up and sent the FOIA request to the
FCI Beckley Consolidated Legal Center. In addition to the Form 409
request, I also requested a copy of the 2016 Maintenance Activity Log
that I had created and maintained on the computer I used while
employed as the Mechanic/Lead Mechanic at the UNICOR Optics Factory
in Butner, NC.

I received a response from FCI Beckley Consolidated Legal Center
on January 27, 2017. They stated that if I was attempting to file a
Freedom of Information Act (FOIA) request, pursuant to 28 C.F.R
§ 16.3, I must submit that request to your office [Office of General
Counsel].

I am now asking your office, in the interest of fairness and
justice, to be given access to a copy of the following documents:

* **Form 409 (Request for Transfer/Application of Management
    Variable)**

    - Outlines/describes the reason(s) I was placed in
      administrative detention and subsequently transferred

Joseph R. Mays 43487-007

January 29, 2017

Page 2 of 2

* **UNICOR Maintenance Activity Log (2016)** – UNICOR Optics Factory
  Butner, NC
  - Created to track maintenance activity in the factory

  - Was under my account on the factory computer system

* **UNICOR/FPI Form 44 – Yearly Chronological FPI Work Performance
  Evaluation Form**

  - Requesting **all** of them (October 2012 – August 11, 2016)

* **UNICOR/FPI Form 96 – Inmate Industrial Employment Action**

  - Requesting **all** of them (October 2012 – August 11, 2016)

Thank you for your time and attention to this matter. I look
forward to the receipt of these documents. Have a nice day.

Respectfully submitted,

Joseph R. Mays
43487-007
FCI Gilmer, WV
PO BOX 6000
Glenville, WV 26351-6000

Attached: Copy of Initial FOIA request to FCI Beckley Consolidated
          Legal Center dated December 29, 2016    1 page

          Copy of Response from Beckley Consolidated Legal Center
          dated January 19, 2017 (Supervisory Attorney Debbie Stevens)
          1 page



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Mid Atlantic Regional Office_
_302 Sentinel Drive_
_Suite 200_
_Annapolis Junction, MD  20701_

March 9, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV  26351                    Request Number: 2017-02957

Dear Mr. Mays:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested a copy of your Request for Transfer/Management Variable for transfer from Butner to Gilmer; a copy of your UNICOR Activity Log, Work Performance Evaluation Form and Inmate Industrial Employment Action.

In response to your request, staff located 3 pages of responsive records, which were forwarded to this office for a release determination.  After careful review, we determined 3 pages are appropriate for release in part. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions: (b)(6), (b)(7)(C). An explanation of FOIA exemptions is attached.

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and

Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel

## Explanation of FOIA Exemptions Used by the Federal Bureau of Prisons

**5 U.S.C. § 552(b)(1)** protects classified information.

**5 U.S.C. § 552(b)(2)** concerns matters related solely to internal agency personnel rules or practices.

**5 U.S.C. § 552(b)(3)** concerns matters specifically exempted from release by statute.

**5 U.S.C. § 552(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**5 U.S.C. § 552(b)(5)** concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege.

**5 U.S.C. § 552(b)(6)** concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

**5 U.S.C. § 552(b)(7)(B)** concerns records or information compiled for law enforcement purposes the release of which would deprive a person of a right to a fair trial or an impartial adjudication.

**5 U.S.C. § 552(b)(7)(C)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(D)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

**5 U.S.C. § 552(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

**5 U.S.C. § 552(b)(7)(F)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

**5 U.S.C. § 552(b)(8)** concerns matters that are "contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions."

**5 U.S.C. § 552(b)(9)** concerns geological and geophysical information and data, including maps, concerning wells.

EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
SEP 2006
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| From: Thomas B. Smith, Warden | Facility: FCI Butner I, North Carolina | Date: 8/29/16 |
|---|---|---|
| Inmate's Name: MAYS, Joseph Randolph | Register Number: 43487-007 | |
| To: DSCC Administrator | | |

**X**  Transfer to: Any appropriate MEDIUM facility (323 - Close Supervision)
____  Apply Management Variable:
____  Update Management Variable Expiration Date.  (New Date):

**1.  Inmate's Medical Status**

Inmate MAYS is a Care Level 2 Stable, Chronic Care inmate assigned to regular duty work status with no medical restrictions. He does not have any medical issues or mental health concerns noted or observed that would prevent a transfer.

**2. Institution Adjustment** (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)

Inmate MAYS has maintained poor institutional adjustment at FCI Butner.

**3. Rationale for Referral.** (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)

On August 11, 2016, at approximately 11:40 a.m., inmate Mays confronted staff at mainline regarding some concerns he had. During the confrontation, Mays became visibly agitated and made threatening comments towards staff. Mays stated, "he would do what he had to do" and "he could cause problems in UNICOR." During this same time, there was information circulating throughout the Bureau of Prisons regarding a proposed work stoppage on September 9, 2016. Inmate Mays was placed in Administrative Detention pending an SIS Investigation. The investigation determined inmate Mays has animosity towards certain staff, because he didn't get "his way" in certain situations and due to flyers circulating pertaining to a work stoppage slated for September 9, 2016. The investigation further revealed that Mays attempted to manipulate a lower functioning inmate, with violent tendencies, into believing that staff and inmates were making fun of him. During one conversation, Mays picked up a hammer, slammed it down and stated that a staff member was going to get the hammer. It is the recommendation of the SIS Office that inmate Mays be transferred to an institution outside of FCC Butner, NC. Inmate Mays was recently re-classified as an 8-point HIGH security inmate with a MEDIUM security management level. Unit Team is requesting a transfer to any appropriate MEDIUM security facility. Inmate Mays projected release date is June 2, 2048. He is not appropriate for RRC referral at this time.

He is a CIM case.

| 4a.  Parole Hearing Scheduled: ___ Yes  X  No | 4b.  If yes, when: _____ |
|---|---|

**5.  Note any past or present behavior and/or management/inmate concerns.**
Inmate Mays recently became increasingly confrontational with staff.

**6.  BP337/BP338 Discrepancies**
None.                               **FOI EXEMPT**

Staff have checked the following SENTRY Programs to ensure that they are correct and current:
    Inmate Profile                  CIM Clearance and Separatee Data
    Inmate Load Data                Custody Classification Form
    Sentence Computation            Chronological Disciplinary Record

| Prepared by (Case (b)(6),(b)(7)(C) | Unit Manager Sig (b)(6),(b)(7)(C) |
|---|---|
| (b)(6),(b)(7)(C) | (b)(6),(b)(7)(C) |

# UNICOR WORK PERFORMANCE DOCUMENT

**Date:** 8/11/16
**Inmate's Name:** Mays, Joseph
**Register Number:** 43487-007
**Unit:** Clemson
**Grade:** 1

IN COMPLIANCE WITH UNICOR, FPI WORK PROGRAMS FOR INMATES, P.S. 8120.01, WHICH INCLUDES INMATE WORKER STANDARDS, PAY AND BENEFITS, I RECOMMEND THE FOLLOWING ACTION BE TAKEN ON THE ABOVE:

( )   COUNSELED
( )   DEMOTION TO GRADE ____ FOR _90____ DAYS (MINIMUM)
( )   WITHHOLD VACATION CREDIT FOR PRESENT MONTH OF_____
( )   WITHHOLD HOLIDAY PAY FOR PRESENT MONTH OF_____
( )   WITHHOLD LONGEVITY PAY FOR PRESENT MONTH OF_____
( )   REMOVAL FROM PREMIUM PAY STATUS
( X )   TERMINATION FROM UNICOR

**REASON(s)** Inmate Mays has been terminated from UNICOR. On 8/11/2016 he was placed in the Special Housing Unit for making threatening comments to AW Mast and myself. He also made comments of causing a work stoppage in UNICOR.

(b)(6),(b)(7)(C)

**FACTORY MANAGER:** (b)(6),(b)(7)(C)

**ASSOCIATE WARDEN, INDUS**

**INMATE ACKNOWLEDGMENT:** _____

**INMATE REFUSAL TO ACKNOWLEDGMENT:** _____

**DUE TO THE ABOVE INFRACTION, THE ASSOCIATE WARDEN (I) AND UNIT TEAM AGREE TO TERMINATE THIS INMATE FROM UNICOR THIS CURRENT EFFECTIVE:**
____8/11/2016_____

(b)(6),(b)(7)(C)

**ASSOCIATE WARDEN (I) SIGNATURE:**

**UNIT MANAGER'S SIGNATURE:** _____

Clemson

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: **Mays Joseph**
LAST, FIRST, MIDDLE INITIAL

REGISTER NUMBER: **43487-007**

**.1.7.7.**
INSTITUTION CODE

**.1.0.6.0.**
INDUSTRY CODE

**6.3.8.6.8.4.0.1.8.**
WORK ASSIGNMENT DOT CODE

**1.0.0.4.1.3.**
EVALUATION BEGIN DATE

**0.3.3.1.1.4.**
EVALUATION END DATE

Rating Scale: 1=Much Worse than Average

2=Worse than Average     3=Average

4=Better than Average

5=Much Better than Average

Comments: **Good works**

Ability
Quality Attributes
Personal Conduct/Hygiene
Punctuality/Productivity
Compliance with Work Standards

**2 5 3 5 5**     |5|

---

**.1.7.7.**
INSTITUTION CODE

**.1.0.0.0.**
INDUSTRY CODE

**6.3.8.6.8.4.D.1.Y.**
WORK ASSIGNMENT DOT CODE

**0.4.0.1.1.5.**
EVALUATION BEGIN DATE

**0.3.0.1.1.5.**
EVALUATION END DATE

Rating Scale: 1=Much Worse than Average

2=Worse than Average     3=Average

4=Better than Average

5=Much Better than Average

Comments: **Great Worker, always**
**willing to ensure equipment**
**is maintained + running**
**efficiently.**

Ability
Quality Attributes
Personal Conduct/Hygiene
Punctuality/Productivity
Compliance with Work Standards

**5 5 5 5 5**     |5|

ORIGINAL - Stays with UNICOR
Copies - One copy to Case Manager after each Evaluation

CERTIFIED MAIL RECEIPT#
7016 1370 0001 8032 0168

LEGAL MAIL

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

From: Joseph Randolph Mays (Reg#: 43487-007)
      Federal Correctional Institution - Gilmer
      PO BOX 6000
      Glenville, WV 26351-6000

                          To: US Department of Justice
                              Office of Information Policy
                              1425 New York Avenue NW
                              Washington, DC 20530-0001

Pursuant to title 5 United States code, section 552, 552 (a), I, the undersigned, identified as above, respectfully request the following information:

      Please see attached letter and attachments: (12) pages

RE: FOIA Appeal (BOP FOIA Request Number: 2017-02957)

I would also like to have a copy of the applicable rules and regulations of your agency, as provided for by the freedom of information/privacy acts, as amended by public law 93-502, 88 stat. 1561.

If for any reason(s) any of the above described information of material is deemed to be non-releasable, please specify the statutory and regulatory reason(s) and the name of the person(s) making such decisions.

Your kind reply within the next ten working days would be very much appreciated.

Respectfully submitted, Joseph R. Mays

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. section 1001 by a fine of not more then $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552 a(1)(3) by a fine of not more than $5,000.

Signature _____          Date 5-2-2017

**Certification of Identity**

**Privacy Act Statement.** In accordance with 28 CFR Section 166.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of US Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(I)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, US Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103?0016), Washington, DC 20503.

Full Name of Requester  Joseph Randolph Mays (Reg#: 43487-007)

                 Federal Correctional Institution - Gilmer

Current Address     PO BOX 6000  Glenville, WV 26351-6000

Date of Birth  08-23-1964      Place of Birth  Roanoke, VA

Social Security Number  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5000.

Signature _____  Date  5-2-2017

**Optional: Authorization to Release Information to Another Person (or organization)**
(This portion is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person or organization.)

Further, pursuant to 5 U.S.C. Section 552(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

N/A

**Print or Type Name (and Organization, if applicable**

1. Name of individual who is the subject of the record sought.
2. Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
3. Signature of individual who is the subject of the record sought.

FORM DOJ-361,
USNCB Website
Version, Original
form approved
OMB No. 1103-
0016

7016137000018032o168

To: OIP/FOIA

Building:
Room #    11050
Department: OIP

DOJ-FASS

Single-sided.

PLACE

---

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

LEGAL MAIL
CERTIFIED MAIL RECEIPT #
7016 1370 0001 8032 0168

CERTIFIED MAIL®

7016 1370 0001 8032 0168

Freedom of Information Act Appeal (2017-02957)

⇔43487-007⇔
Us Dept Of Justice
Information Policy Office
1425 NEW YORK AVE NW
Suite 11050
Washington, DC 20530
United States

X-RAYED

MAY 11 2017

DOJ MAILROOM

INSPECTED 1







# Exhibit E

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

Joseph R. Mays
Register No. 43487-007
FCI
P.O. Box 6000
Glenville, WV 26351-6000

May 18, 2017

Dear Mr. Joseph R. Mays,

     This is to advise you that your administrative appeal from the action of the BOP regarding Request No. 2017-02957 was received by this Office on 05/12/2017.

     The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-004187.  Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

     We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist

# Exhibit F



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Mr. Joseph Mays
Register No. 43487-007
Federal Correctional Institution          Re:     Appeal No. DOJ-AP-2017-004187
Post Office Box 6000                              Request No. 2017-02957
Glenville, WV 26351                               MWH:PJA

**VIA:  U.S. Mail**

Dear Mr. Mays:

      You appealed from the action of the Federal Bureau of Prisons (BOP) on your Freedom of Information Act request for access to the following: (i) your request for Transfer/Management Variable for transfer from Butner to Gilmer; (ii) your UNICOR Activity Log; (iii) your Work Performance Evaluation Form; and (iv) your Inmate Industrial Employment Action.  I note that your appeal concerns only the adequacy of BOP's search for responsive records.

      After carefully considering your appeal, and as a result of discussions between BOP personnel and this Office, I am remanding your request to BOP for further review and processing of records located subsequent to your appeal.  If BOP determines that additional records are releasable, it will send them to you directly, subject to any applicable fees.  You may appeal any future adverse determination made by BOP.  If you would like to inquire about the status of this remand, please contact BOP directly.

      If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

      If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

      Sincerely,

8/9/2017

X

Matthew Hurd, Associate Chief, for
Sean O'Neill, Chief, Administrative Appeals ...
Signed by: MATTHEW HURD

# Exhibit G



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

_____

*Telephone: (202) 514-3642*

**August 9, 2017**

## ADMINISTRATIVE APPEAL REMAND MEMORANDUM

TO:         **Eugene Baime**
            Supervisory Attorney-Advisor
            FOIA/PA Section
            Office of General Counsel
            Federal Bureau of Prisons

FROM:       **Melanie Ann Pustay**
            Director

            **Sean R. O'Neill**
            Chief, Administrative Appeals Staff

SUBJECT:    **Instructions for Processing Administrative Appeal Following Remand**

| **Request No.** 2017-02957 | Requester's Name: Joseph Mays |
|---|---|
| **Appeal No.** DOJ-AP-2017-004187 | Subject of Request:<br>1. Copy of a Form 409 that describes the rationale of why he was placed in administrative detention and subsequently transferred.<br>2. UNICOR maintenance activity log from 2016<br>3. UNICOR/FPI Form 44 (yearly chronological FPI work performance evaluation form)<br>4. UNICOR/FPI Form 96 (inmate industrial employment action) |

_____

        The administrative appeal referenced above has been remanded by this Office to the Federal Bureau of Prisons for further search of potentially responsive records. At this time, please reopen this file and perform the following actions:

    1.  Please process the responsive records located subsequent to the appeal and produce all releasable records directly to the requester.

    The OIP attorney reviewing this administrative appeal coordinated this action through Sharon Wahl with the FOIA Section.  If you have any further questions concerning this action, please do not hesitate to contact Patrick Austin, at 202-305-0384, in this Office.

# Exhibit H



U.S. Department of Justice

Federal Bureau of Prisons

*Freedom of Information/Privacy Act*                              *Mid Atlantic Region*

August 3, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV  26351

Re:     FOIA Request No. 2017-02957 Supplemental Response

Dear Mr. Mays:

This is a supplemental response regarding the above referenced FOIA.

Staff have located 11 pages of responsive records, which was forwarded to this office for a release determination.  After careful review, we determinated that all 11 pages are appropriate for release in full.

Sincerely,

Matthew W. Mellady
Regional Counselor

YEARLY CHRONOLOGICAL UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: Mays, Joseph

REGISTER NUMBER: |_|_|_|_|_|_|_|_|

**1ST QUARTER**

INSTITUTION CODE: |_|_|_|_|  INDUSTRY CODE: |_|_|_|_|  WORK ASSIGNMENT DOT CODE: |_|_|_|_|_|_|_|_|_|

EVALUATION BEGIN DATE |1|7|7|  EVALUATION END DATE |4|3|8|4|8|4|0|8|0|

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average
2 = Worse than Average   5 = Much Better than Average   3 = Average

| | |
|---|---|
| Punctuality | 5 |
| Attitude on Job | 5 |
| Accident Proneness | 5 |
| Relations with Others | 5 |
| Follows Orders | 5 |
| Works Independently | 5 |
| Work Habits | 5 |
| Level of Skill | 5 |
| Effort | |
| UNICOR Employment Recommendation | |
| Total | |

Comment: Great Mechanic -- Strives to keep busy doing routine smoothly

Inmate's Initials
Supervisor's Initials

**2ND QUARTER**

INSTITUTION CODE: |_|_|_|_|  INDUSTRY CODE: |_|_|_|_|  WORK ASSIGNMENT DOT CODE: |_|_|_|_|_|_|_|_|_|

EVALUATION BEGIN DATE |_|_|_| M M D D Y Y   EVALUATION END DATE |_|_|_| M M D D Y Y

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average
2 = Worse than Average   5 = Much Better than Average   3 = Average

| | |
|---|---|
| Punctuality | |
| Attitude on Job | |
| Accident Proneness | |
| Relations with Others | |
| Follows Orders | |
| Works Independently | |
| Work Habits | |
| Level of Skill | |
| Effort | |
| UNICOR Employment Recommendation | |
| Total | |

Comment:

Inmate's Initials
Supervisor's Initials

**3RD QUARTER**

INSTITUTION CODE: |_|_|_|_|  INDUSTRY CODE: |_|_|_|_|  WORK ASSIGNMENT DOT CODE: |_|_|_|_|_|_|_|_|_|

EVALUATION BEGIN DATE |_|_|_| M M D D Y Y   EVALUATION END DATE |_|_|_| M M D D Y Y

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average
2 = Worse than Average   5 = Much Better than Average   3 = Average

| | |
|---|---|
| Punctuality | |
| Attitude on Job | |
| Accident Proneness | |
| Relations with Others | |
| Follows Orders | |
| Works Independently | |
| Work Habits | |
| Level of Skill | |
| Effort | |
| UNICOR Employment Recommendation | |
| Total | |

Comment:

Inmate's Initials
Supervisor's Initials

**4TH QUARTER**

INSTITUTION CODE: |_|_|_|_|  INDUSTRY CODE: |_|_|_|_|  WORK ASSIGNMENT DOT CODE: |_|_|_|_|_|_|_|_|_|

EVALUATION BEGIN DATE |_|_|_| M M D D Y Y   EVALUATION END DATE |_|_|_| M M D D Y Y

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average
2 = Worse than Average   5 = Much Better than Average   3 = Average

| | |
|---|---|
| Punctuality | |
| Attitude on Job | |
| Accident Proneness | |
| Relations with Others | |
| Follows Orders | |
| Works Independently | |
| Work Habits | |
| Level of Skill | |
| Effort | |
| UNICOR Employment Recommendation | |
| Total | |

Comment:

Inmate's Initials
Supervisor's Initials

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| 3 | 1. | Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|----|----|----|
| 3 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change In Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
| 4 | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6 Institution Code |
|---|---|---|
| 4 3 4 8 7 - 0 0 7 | M a y s          J o s e p h | 1 7 7 |

**Action Recommended — Evaluation/Control Purposes**

**From Options 1**

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 5 7 0 | 1 | 1 0 0 0 | 1 | 6 3 6 8 4 0 1 8 | Maint. Mechanic |

n = Hourly<br>0 = C.PW.<br>0 = PW. ⎬ X = Apprentice

**To**

| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time of Action | 21. Check One | AM | PM |
|---|---|---|---|---|
| 9 8 - 1 2 - 1 6 | 1 5 3 0 | | | X |

| 6 | 22. Reason For Termination Of Employment Or Withdrawal<br>1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request<br>5 = Program Discontinued    6 = Control Purposes    7 = Institutonal Needs |
|---|---|

**23. Continuation of Longevity Status**
1 = yes   0 = no   2 = no   (For use only when termination is for release (MR or parole).

| | - | | - | | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

**26. Signatures**

| | Foreman | Date 8/12/16 |
|---|---|---|
| Recommended By | | |
| Approved By | Plant Superintendent | Date 8/12/16 |
| Approved By | Asst Supt. Or Business Mgr. | Date |
| Entered On Payroll Records | Timekeeper | Date |

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| **1** | 1. | Type Of Report: | UNICOR Action = 1  IPRS Action = 2  Both = 3 |
|---|---|---|---|

| **2** | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26<br>Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |
|---|---|---|---|

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19<br>Enter 3 For Completion, Complete Items 4 - 6, 19<br>Enter 4 For Withdrawal, Complete Items 4 - 6, 19, 22 |
|---|---|---|---|

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 4 3 4 8 7 - 0 0 7 | M a y s   J o s e p h | 1 7 7 |

**Action Recommended**

**Grade Increase**

From: **Optics 1**

| 7. Job Number | 8. Grade 1 - 4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | 2 | 1 0 0 0 | 1 | 6 3 8 6 8 4 0 1 8 | Maint. Mechanic |

1 = Hourly
2 = G.P.W. ⎫ X = Apprentice
3 = P.W. ⎭

To: **Optics 1**

| 13. Job Number | 14. Grade 1 - 4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | 1 | 1 0 0 0 | 1 | 6 3 8 6 8 4 0 1 8 | Maint. Mechanic |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One:  AM  PM |
|---|---|---|
| 0 9 - 0 1 - 13 | 0 7 3 0 | x |

22. **Reason For Termination Of Employment Or Withdrawal**

1 = Released     2 = Transferred     3 = Program Change     4 = Inmate Request
5 = Program Discontinued     6 = Control Purposes     7 = Institutional Needs

23. **Continuation of Longevity Status**
1 = yes  0 = no  2 = no     (For use only when termination is for release (MR or parole).

| | | | | | 24. Date Of Enrollment Month, Day, Year |
|---|---|---|---|---|---|

| | | | | 25. Total Inmate Hours Involved |
|---|---|---|---|---|

26. **Signatures:**

Recommended By _____ Foreman          Date: 9-5-13

Approved By _____ Plant Superintendent          Date: 59 7 6 -2 u13

Approved By _____ Ass't Supt. Or Business Mgr.          Date: _____

Entered On Payroll Records _____ Timekeeper          Date: _____

FPI Revised Form 86
October 1, 1983

Distribution:   White——— Business office          Green——— Placement
Canary——— Terminal operator          Pink——— Foreman



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**1. Type Of Report:** `1`  UNICOR Action = 1 IPRS Action = 2 Both, = 3

**2. If UNICOR Action** `2`
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**3. If IPRS Action** `☐`
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19, 22

**4. Register Number** `43487-007`
**5. Resident Name (Last, First, Middle)** `Maye` `Joseph`
**6. Institution Code** `177`

**Action Recommended**  **Grade Increase**

From: **Optics 1**

| 7. Job Number 1 - 4 | 8. Grade | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| `510` | `3` | `1000` | `1` | `633688018` | `Maint Mechanic` |

1 = Hourly
2 = G.P.W.  →  X = Apprentice
3 = P.W.

To: **Optics 1**

| 13. Job Number 1 - 4 | 14. Grade | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| `510` | `2` | `1000` | `1` | `633684018` | `Maint Mechanic` |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM PM |
|---|---|---|
| `06-01-13` | `0730` | `X ☐` |

**22. Reason For Termination Of Employment Or Withdrawal** `☐`
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

**23. Continuation of Longevity Status** `☐`
1 = yes  0 = no  2 = no   (For use only when termination is for release (MR or parole).

**24. Date Of Enrollment Month, Day, Year** `☐☐-☐☐-☐☐`

**25. Total Inmate Hours Involved** `☐☐☐☐`

**26. Signatures:**

Recommended By _____  Foreman   Date: `06-26-03`

Approved By _____  Plant Superintendent   Date: `06-26-03`

Approved By _____  Ass't Supt. Or Business Mgr.   Date: _____

Entered On Payroll Records _____  Timekeeper   Date: _____

FPI Revised Form 86
October 1, 1982
Distribution:   White ——— Business office   Green ——— Placement
Canary ——— Terminal operator   Pink ——— Foreman



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|---|---|---|

| | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26 |
|---|---|---|---|
| | | | Enter 2 For Change In Employment Status, Complete Items 4 - 21, and 26 |
| | | | Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19 |
|---|---|---|---|
| | | | Enter 3 For Completion, Complete Items 4 - 6, 19 |
| | | | Enter 4 For Withdrawal, Complete Items 4 - 6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 4 3 4 8 7 - 0 0 7 | M a y s   J o s e p h | 1 7 7 |

**Action Recommended** — **Grade Increase**

From: **Optics 1**

| 7. Job Number 1 - 4 | 8. Grade | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | 4 | 1 0 0 0 | 1 | 6 3 8 6 8 4 0 1 8 | M a i n t , M a c h a n i c |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

To: **Optics 1**

| 13. Job Number 1 - 4 | 14. Grade | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | 3 | 1 0 0 0 | 1 | 6 3 8 6 8 4 0 1 8 | M a i n t . M a c h a n i c |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One: AM PM |
|---|---|---|
| 0 3 - 0 1 - 1 3 | 0 7 3 0 | X |

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request |
| | 5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes  0 = no  2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

26. Signatures:

| Recommended By | _____ Foreman | Date: 0 3 . 1 5 . 1 3 |
|---|---|---|
| Approved By | _____ Plant Superintendent | Date: 0 3 1 5 1 3 |
| Approved By | _____ Ass't Supt. Or Business Mgr. | Date: _____ |
| Entered On Payroll Records | _____ Timekeeper | Date: _____ |





# Industrial Employment/IPRS Action Report

**UNICOR**
Federal Prison Industries, Inc.

| 1 | 1. | Type Of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
|---|----|----|----|

| 2 | 2. | If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26.<br>Enter 2 For Change in Employment Status, Complete Items 4 - 21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26 |
|---|----|----|----|

| | 3. | If IPRS Action | Enter 2 For Enrollment, Complete Items 4 - 6, 19<br>Enter 3 For Completion, Complete Items 4 - 6, 19<br>Enter 4 For Withdrawal, Complete Items 4 - 6, 19, 22 |
|---|----|----|----|

**4. Register Number** 4 3 4 8 7 - 0 0 7

**5. Resident Name, (Last, First, Middle)** Mays    Joseph

**6. Institution Code** 1 7 7

**Action Recommended** ~~Grade Pay~~ Increase

**From: Optics 1**

| 7. Job Number 1 - 4 | 8. Grade | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | 5 | 1 0 0 0 | 1 | 6 3 8 6 8 4 0 1 8 | Maint. Mechanic |

1 = Hourly
2 = G.P.W.    X = Apprentice
3 = P.W.

**To: Optics 1**

| 13. Job Number 1 - 4 | 14. Grade | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | 4 | 1 0 0 0 | 1 | 6 3 8 6 8 4 0 1 8 | Maint. Mechanic |

**19. Effective Date** Month, Day, Year    1 2 - 0 1 - 1 2

**20. Time Of Action**    0 7 3 0

**21. Check One:**    AM    PM    [X]

| | 22. Reason For Termination Of Employment Or Withdrawal |
|---|---|
| | 1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request<br>5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

| | 23. Continuation of Longevity Status |
|---|---|
| | 1 = yes    0 = no    2 = no    (For use only when termination is for release (MR or parole). |

| | 24. Date Of Enrollment Month, Day, Year |
|---|---|

| | 25. Total Inmate Hours Involved |
|---|---|

**26. Signatures:**

| | | |
|---|---|---|
| Recommended By | Foreman | Date: |
| Approved By | Plant Superintendent | Date: 12-28-2012 |
| Approved By | Ass't Supt. Or Business Mgr. | Date |
| Entered On Payroll Records | Timekeeper | Date: |



# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

**3** 1. Type Of Report: UNICOR Action = 1 IPRS Action = 2 Both = 3

**1** 2. If UNICOR Action
Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24, and 26
Enter 2 For Change in Employment Status, Complete Items 4 - 21, and 26
Enter 3 For Termination Of Employment, Complete Items 3, 4 - 12, 19 - 23, 26

**2** 3. If IPRS Action
Enter 2 For Enrollment, Complete Items 4 - 6, 19
Enter 3 For Completion, Complete Items 4 - 6, 19
Enter 4 For Withdrawal, Complete Items 4 - 6, 19, 22

4. Register Number: 4 3 4 8 7 – 0 0 7
5. Resident Name (Last, First, Middle): M a y e | J o s e p h
6. Institution Code: 1 7 7

### Action Recommended — New Hire

**From:**
7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title

1 = Hourly
2 = G.P.W.     X = Apprentice
3 = P.W.

**To: Optics 1**
13. Job Number: 5 1 0 | 14. Grade 1-4: 5 | 15. Industry Code: 1 0 0 0 | 16. Wage Plan: 1 | 17. Dot Code: 6 3 8 6 8 4 0 1 8 | 18. Position Title: M a i n t - M e c h a n i c

19. Effective Date Month, Day, Year: 1 0 – 2 4 – 1 2
20. Time Of Action: 0 7 3 0
21. Check One: AM [X] PM

22. Reason For Termination Of Employment Or Withdrawal
1 = Released   2 = Transferred   3 = Program Change   4 = Inmate Request
5 = Program Discontinued   6 = Control Purposes   7 = Institutional Needs

23. Continuation of Longevity Status
1 = yes  0 = no  2 = no     (For use only when termination is for release (MR or parole).

24. Date Of Enrollment Month, Day, Year

25. Total Inmate Hours Involved

26. Signatures:

Recommended By _____ Foreman     Date: 10-24-2012

Approved By _____ Plant Superintendent     Date: 10-14-2012

Approved By _____ Ass't Supt. Or Business Mgr.     Date _____

Entered On Payroll Records _____ Timekeeper     Date: _____

FPI Revised Form 96
October 1, 1983
Distribution:
White ———— Business office
Canary ———— Terminal operator
Green ———— Placement
Pink ———— Foreman



# UNICOR WORK PERFORMANCE DOCUMENT

Date: 8/11/16
Inmate's Name: Mays, Joseph
Register Number: 43487-007
Unit: Clemson
Grade: 1

IN COMPLIANCE WITH UNICOR, FPI WORK PROGRAMS FOR INMATES, P.S. 8120.01,
WHICH INCLUDES INMATE WORKER STANDARDS, PAY AND BENEFITS, I
RECOMMEND THE FOLLOWING ACTION BE TAKEN ON THE ABOVE:

      ( )    COUNSELED
      ( )    DEMOTION TO GRADE ___ FOR _90___ DAYS (MINIMUM)
      ( )    WITHHOLD VACATION CREDIT FOR PRESENT MONTH OF_____
      ( )    WITHHOLD HOLIDAY PAY FOR PRESENT MONTH OF_____
      ( )    WITHHOLD LONGEVITY PAY FOR PRESENT MONTH OF_____
      ( )    REMOVAL FROM PREMIUM PAY STATUS
   ( X )    TERMINATION FROM UNICOR

REASON(s) Inmate Mays has been terminated from UNICOR. On 8/11/2016 he was placed in the
Special Housing Unit for making threatening comments to AW Maat and myself. He also made
comments of causing a work stoppage in UNICOR.

FACTORY MANAGER: J. Hoskins

ASSOCIATE WARDEN, INDUSTRIES: _____

INMATE ACKNOWLEDGMENT: _____

INMATE REFUSAL TO ACKNOWLEDGMENT: _____

DUE TO THE ABOVE INFRACTION, THE ASSOCIATE WARDEN (I) AND UNIT TEAM
AGREE TO TERMINATE THIS INMATE FROM UNICOR EMPLOYMENT EFFECTIVE:
___8/11/2016_____

ASSOCIATE WARDEN (I) SIGNATURE: _____

UNIT MANAGER☐S SIGNATURE: _____

# YEARLY CHRONOLOGICAL UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: Maus, Joseph

REGISTRATA (NUMERAL) |__|__|__|__|__|__|

## 1ST QUARTER

INSTITUTION CODE |__|__|__|__|__|

INDUSTRY CODE |__|__|__|__|__|

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average   2 = Worse than Average   5 = Much Better than Average   3 = Average

EVALUATION BEGIN DATE
M M D D Y Y
|__|__|__|__|__|__|

WORK ASSIGNMENT DOT CODE |__|__|__|__|__|__|__|

EVALUATION END DATE
M M D D Y Y
|__|__|__|__|__|__|

Inmate's Initials

Supervisor's Initials

_ Punctuality
_ Attitude on Job
_ Accident Proneness
_ Relations with Others
_ Follows Orders
_ Works Independently
_ Work Habits
_ Level of Skill
_ Effort
_ UNICOR Employment Recommendation

Comment: Great Mechanic – Strives to keep everything running smoothly

_ Total

---

## 2ND QUARTER

INSTITUTION CODE |__|__|__|__|__|

INDUSTRY CODE |__|__|__|__|__|

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average   2 = Worse than Average   5 = Much Better than Average   3 = Average

EVALUATION BEGIN DATE
M M D D Y Y
|__|__|__|__|__|__|

WORK ASSIGNMENT DOT CODE |__|__|__|__|__|__|__|

EVALUATION END DATE
M M D D Y Y
|__|__|__|__|__|__|

Inmate's Initials

Supervisor's Initials

_ Punctuality
_ Attitude on Job
_ Accident Proneness
_ Relations with Others
_ Follows Orders
_ Works Independently
_ Work Habits
_ Level of Skill
_ Effort
_ UNICOR Employment Recommendation

Comment

_ Total

---

## 3RD QUARTER

INSTITUTION CODE |__|__|__|__|__|

INDUSTRY CODE |__|__|__|__|__|

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average   2 = Worse than Average   5 = Much Better than Average   3 = Average

EVALUATION BEGIN DATE
M M D D Y Y
|__|__|__|__|__|__|

WORK ASSIGNMENT DOT CODE |__|__|__|__|__|__|__|

EVALUATION END DATE
M M D D Y Y
|__|__|__|__|__|__|

Inmate's Initials

Supervisor's Initials

_ Punctuality
_ Attitude on Job
_ Accident Proneness
_ Relations with Others
_ Follows Orders
_ Works Independently
_ Work Habits
_ Level of Skill
_ Effort
_ UNICOR Employment Recommendation

Comment

_ Total

---

## 4TH QUARTER

INSTITUTION CODE |__|__|__|__|__|

INDUSTRY CODE |__|__|__|__|__|

RATING SCALE: 1 = Much Worse than Average   4 = Better than Average   2 = Worse than Average   5 = Much Better than Average   3 = Average

EVALUATION BEGIN DATE
M M D D Y Y
|__|__|__|__|__|__|

WORK ASSIGNMENT DOT CODE |__|__|__|__|__|__|__|

EVALUATION END DATE
M M D D Y Y
|__|__|__|__|__|__|

Inmate's Initials

Supervisor's Initials

_ Punctuality
_ Attitude on Job
_ Accident Proneness
_ Relations with Others
_ Follows Orders
_ Works Independently
_ Work Habits
_ Level of Skill
_ Effort
_ UNICOR Employment Recommendation

Comment

_ Total

---

ORIGINAL - Stays with UNICOR

COPIES - One copy to Case Manager. Each Quarter Calendar Year

FPI-44
01-04-85

# UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: Mays Joseph
(LAST, FIRST, MIDDLE INITIAL)

REGISTER NUMBER: 43487-007

177
INSTITUTION CODE

1000
INDUSTRY CODE

6386840 18
WORK ASSIGNMENT DOT CODE

M M D D Y Y
1 0 0 1 1 3
EVALUATION BEGIN DATE

M M D D Y Y
0 3 3 1 1 4
EVALUATION END DATE

Rating Scale: 1=Much Worse than Average      2=Worse than Average      3=Average
4=Better than Average      5=Much Better than Average

Inmate Initials)

Supervisor Initials)

Safety / Quality Assurance / Personal Conduct/Hygiene / Punctuality/Productivity / Compliance with Work Standards

3 3 3 5 5

Total
15

Comments: Good work

---

177
INSTITUTION CODE

1000
INDUSTRY CODE

6386840 1 Y
WORK ASSIGNMENT DOT CODE

M M D D Y Y
0 4 0 1 1 5
EVALUATION BEGIN DATE

M M D D Y Y
0 4 0 1 1 5
EVALUATION END DATE

Rating Scale: 1=Much Worse than Average      2=Worse than Average      3=Average
4=Better than Average      5=Much Better than Average

Inmate Initials)

Supervisor Initials) X

Safety / Quality Assurance / Personal Conduct/Hygiene / Punctuality/Productivity / Compliance with Work Standards

5 5 5 5 5

Total
25

Comments: Great worker, always willing to ensure equipment is maintained + running efficiently.

ORIGINAL - Stays with UNICOR
Copies - One copy to Case Manager after each Evaluation Period

FPI - 44
Rev. 11/95

# UNICOR
Federal Prison Industries, Inc.

# Industrial Employment/IPRS Action Report

| | | |
|---|---|---|
| **3** | 1. Type of Report: | UNICOR Action = 1 IPRS Action = 2 Both = 3 |
| **3** | 2. If UNICOR Action | Enter 1 For Newly Hired, Complete Items 3, 4-6, 13-21, 24 and 26<br>Enter 2 For Change in Employment Status, Complete Items 4-21, and 26<br>Enter 3 For Termination Of Employment, Complete Items 3, 4-12, 19-23, 26 |
| **4** | 3. If IPRS Action | Enter 2 For Enrollment, Complete Items 4-6, 19<br>Enter 3 For Completion, Complete Items 4-6, 19<br>Enter 4 For Withdrawal, Complete Items 4-6, 19, 22 |

| 4. Register Number | 5. Resident Name (Last, First, Middle) | 6. Institution Code |
|---|---|---|
| 4 3 4 8 7 - 0 0 7 | M a y s   l d d d d d H | 1 7 7 |

## Action Recommended
### Ban Optics 1

## Termination/Control Purposes

| 7. Job Number | 8. Grade 1-4 | 9. Industry Code | 10. Wage Plan | 11. Dot Code | 12. Position Title |
|---|---|---|---|---|---|
| 5 1 0 | I | 1 0 0 0 | I | 6 3 8 8 4 0 1 8 | Maint. Machanic |

1 = Hourly
2 = G.P.W.  ⎤— X = Apprentice
3 = P.W.  ⎦

| To | | | | | |
|---|---|---|---|---|---|
| 13. Job Number | 14. Grade 1-4 | 15. Industry Code | 16. Wage Plan | 17. Dot Code | 18. Position Title |
| | | | | | |

| 19. Effective Date Month, Day, Year | 20. Time Of Action | 21. Check One | AM | PM |
|---|---|---|---|---|
| 0 8 - 1 2 - 1 6 | 1 5 3 0 | | | X |

| | |
|---|---|
| **6** | 22. Reason For Termination Of Employment Or Withdrawal<br>1 = Released    2 = Transferred    3 = Program Change    4 = Inmate Request<br>5 = Program Discontinued    6 = Control Purposes    7 = Institutional Needs |

## 23. Continuation of Longevity Status
1 = yes   0 = n/a   2 = no    (For use only when termination is for release (WP or parole).

| | |
|---|---|
| ⎕ - ⎕⎕ - ⎕⎕ | 24. Date Of Enrollment Month, Day, Year |

| | |
|---|---|
| ⎕⎕⎕⎕ | 25. Total Inmate Hours Involved |

### 26. Signatures:

| | | Date |
|---|---|---|
| Recommended By | Foreman | 8/12/16 |
| Approved By | Plant Superintendent | 8/12/16 |
| Approved By | Ass't Supt. Or Business Mgr. | |
| Entered On Payroll Records | Timekeeper | |

FPI Form 96 (9/88)
Distribution:   White (Business Office)    Canary (Terminal Operator)    Pink (Placement)    Goldenrod (Foreman)

# Exhibit I

LEGAL MAIL                  Joseph R. Mays 43487-007
                           Federal Correctional Institution - Gilmer
CERTIFIED MAIL RECEIPT #   PO BOX 6000
7016 1370 0001 8032 0151   Glenville, WV 26351-6000

                        **Received**          March 29, 2017

Office of General Counsel                     Page 1 of 4 (6) JRM
Federal Bureau of Prisons
FOIA Service Center          MAY 12 2017
320 First Street NW
Washington, DC 20534      **FOIA/PA Section**
                       **Federal Bureau of Prisons**

Attention Office of General Counsel (FOIA Service Center):

     Hello. I am writing to you today to request information
(documents), pursuant to 28 C.F.R. § 16.3, that will allow me to
defend myself against false allegations/charges by staff (UNICOR
Factory Manager Jamie Hoskins, Associate Warden S. Ma'at, Warden
Thomas B. Smith, UNICOR Supervisor Mr. Humphries, and others), which
resulted in my firing from my $200 a month job at UNICOR (Lead
Mechanic), wrongful and retaliatory placement in the SHU, subsequent
transfer to FCI Gilmer, WV, the loss of the last two months with
my father before he **died** on October 23, 2016, a severe limitation
on my financial access to the courts, the loss of programming
opportunities, and the denial of my right to due process (a hearing
and the right to be informed of the **specific** charges against me
and the evidence used against me [to contest it] in a **fair and timely**
manner).

     As a result of those allegations, which were finally made
available to me on March 22, 2017, through a Freedom of Information
Act Request (for the reason stated above), I am requesting a copy
of the following documents/documentation to supplement the documents
that were requested on January 29, 2017 in BOP FOIA Request Number:
2017-02957. The requested document(s) listing is below.

   * **SIS Investigative Report (Entire Report)** - For the alleged
     incident dated August 11, 2016, that occurred at FCI Butner I
     in the Dining Hall during mainline at approximately 11:40AM.
     Please refer to Attachment A - BOP FOIA 2017-02957  1 of 3

   * **Copy of the "flyer(s)"** that were "circulating throughout
     the Federal Bureau of Prisons" and the following details
     to support it:

     - **Names of the Federal Bureau of Prisons Institutions** that
       these "flyers" were found/distributed to, including the
       **dates**, **times**, **quantity of**, and the **names of the staff
       member(s)** who found them [flyers] and alerted the FBOP
       and/or UNICOR, specifically UNICOR Factory Manager Jamie
       Hoskins and Associate Warden S. Ma'at, to them [flyers].

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

March 29, 2017

Page 2 of 4 (6) JRM

- **Copies of the communications [ALL]** from all staff members above.

- **Copy of the information on <u>how</u>, <u>when</u>,** and **<u>where</u>** these "flyers" were created and **<u>who</u>** created them.

- **Copy of the names of my "contact" people** (i.e. people who assisted me in "circulating these flyers".

- **The date these "flyers" were put into circulation** and the methods used to accomplish this US Mail, email, Internet, fax, text, and/or telephone).

* **A copy of the listing of all [logged] access to my UNICOR computer Access Account (43487-007).**

  Refer to Attachment B - Network Login Request dated September 23, 2015

* **The date that my UNICOR Computer Access Account (43487-007) was closed.**

This request is being intiated in the interest of fairness and justice (to clear my name and record) and for the adherence to the Federal Bureau of Prison's Code of Ethics and Core Values, Standards of Employee Conduct, United States Codes and Statutes, Code of Federal Regulations, and the Constitution of the United States of America.

I look forward to the prompt receipt of these documents so that I can **<u>fairly</u>** and **<u>adequately</u>** defend myself against these false allegations.

Thank you very much for your time and attention to this matter. Have nice day.

Respectfully submitted,

Joseph R. Mays

Attachments: (A) - Copy of BOP FOIA Request Number 2017-02957 1 of 3
                    (Form 409 - Request for Transfer/Application Man. Variable)

              (B) - Copy of Network Login Request dated Sept. 23, 2015

* **Added:** Certificate of Identity and FOIA/Privacy Act Request Form (6) pages total JRM
*** **NOTE:** Delay due to financial situation as a result of their actions

EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
SEP 2006
**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| From:<br>Thomas B. Smith, Warden | Facility:<br>FCI Butner I, North Carolina | Date:<br>07/29/16 |
|---|---|---|
| Inmate's Name:<br>MAYS, Joseph Randolph | Register Number:<br>43487-007 | |
| To:<br>DSCC Administrator | | |

X    Transfer to: _Any appropriate MEDIUM facility (323 - Close Supervision)_

____    Apply Management Variable:

____    Update Management Variable Expiration Date.   (New Date):

---

**1.    Inmate's Medical Status**

Inmate MAYS is a Care Level 2 Stable, Chronic Care inmate assigned to regular duty work status with no medical restrictions. He does not have any medical issues or mental health concerns noted or observed that would prevent a transfer.

**2. Institution Adjustment (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)**

Inmate MAYS has maintained poor institutional adjustment at FCI Butner.

**3. Rationale for Referral.   (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)**

On August 11, 2016, at approximately 11:40 a.m., inmate Mays confronted staff at mainline regarding some concerns he had. During the confrontation, Mays became visibly agitated and made threatening comments towards staff. Mays stated, "he would do what he had to do" and "he could cause problems in UNICOR." During this same time, there was information circulating throughout the Bureau of Prisons regarding a proposed work stoppage on September 9, 2016.  Inmate Mays was placed in Administrative Detention pending an SIS Investigation.  The investigation determined inmate Mays has animosity towards certain staff, because he didn't get "his way" in certain situations and due to flyers circulating pertaining to a work stoppage slated for September 9, 2016.  The investigation further revealed that Mays attempted to manipulate a lower functioning inmate, with violent tendencies, into believing that staff and inmates were making fun of him.  During one conversation, Mays picked up a hammer, slammed it down and stated that a staff member was going to get the hammer.  It is the recommendation of the SIS Office that inmate Mays be transferred to an institution outside of FCC Butner, NC.  Inmate Mays was recently re-classified as an 8-point HIGH security inmate with a MEDIUM security management level.  Unit Team is requesting a transfer to any appropriate MEDIUM security facility.  Inmate Mays projected release date is June 2, 2048.  He is not appropriate for RRC referral at this time.

He is a CIM case.

| 4a.  Parole Hearing Scheduled: ____ Yes _X_ No | 4b.  If yes, when:_____ |
|---|---|

**5.  Note any past or present behavior and/or management/inmate concerns.**
Inmate Mays recently became increasingly confrontational with staff.

**6.  BP337/BP338 Discrepancies**
None.

FOI EXEMPT

Staff have checked the following SENTRY Programs to ensure that they are correct and current:
- Inmate Profile
- Inmate Load Data
- Sentence Computation
- CIM Clearance and Separatee Data
- Custody Classification Form
- Chronological Disciplinary Record

| Prepared by (Case (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | Unit Manager Sig(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) |
|---|---|

# Dickerson, Susan

| | |
|---|---|
| **From:** | MISB Service Desk |
| **Sent:** | Wednesday, September 23, 2015 1:12 PM |
| **To:** | Dickerson, Susan |
| **Subject:** | Update to ticket 00298816 |

*1 UPPOR*
*10 LOTTOR / 1 # / SPOC WORD*

To:sdickerson@central.unicor.gov
From: EDelToro, 09/23/2015 13:11:39

Windows account created for inmate Mays.  Password 87654321@Unicor

================================================================
Call Information
Call ID: 00298816
Received by: HSSAdmin on 09/23/2015 12:41:50 Last Update by: EDelToro on 09/23/2015 13:06:49 Call Type: New
Employee

Call Description: Need to get a login for the network for inmate Mays, Joseph #43487-007.  Doesn't need SAP just needs
network access .

================================================================
NOTE: In this example, the mail is being sent to your Login ID via Support Mail. To send to a client via VIM or MAPI, edit
this task under AutoTask. Change the addressee by typing MAPI: then clicking the INSERT button and choosing the field
from Subset or Profile that contains your client's E Mail address .

CERTIFIED MAIL RECEIPT#
7016 1370 0001 8032 0151

LEGAL MAIL

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

From: Joseph Randolph Mays (Reg#: 43487-007)
      Federal Correctional Institution - Gilmer
      PO BOX 6000
      Glenville, WV 26351-6000

                    To: Office of General Counsel
                        Federal Bureau of Prisons
                        Attn: FOIA Service Center
                        320 First Street NW
                        Washington, DC 20534

Pursuant to title 5 United States code, section 552, 552 (a), I, the undersigned, identified
as above, respectfully request the following information:

        Please see attached letter and attachments:

I would also like to have a copy of the applicable rules and regulations of your agency, as
provided for by the freedom of information/privacy acts, as amended by public law 93-
502, 88 stat. 1561.

If for any reason(s) any of the above described information of material is deemed to be
non-releasable, please specify the statutory and regulatory reason(s) and the name of the
person(s) making such decisions.

Your kind reply within the next ten working days would be very much appreciated.

Respectfully submitted,  Joseph R. Mays (Reg#: 43487-007)

I declare under penalty of perjury under the laws of the united states of America that the
foregoing is true and correct, and that I am the person named above, and I understand that
any falsification of this statement is punishable under the provisions of 18 U.S.C. section
1001 by a fine of not more then $10,000 or by imprisonment of not more than five years
or both, and that requesting or obtaining any record(s) under false pretenses is punishable
under the provisions of 5 U.S.C. 552 a(1)(3) by a fine of not more than $5,000.

Signature                                    Date  5-2-2017

CERTIFIED MAIL RECEIPT# RE: FOIA   (BOP FOIA Request)

7016 1370 0001 8032 0151         **Certification of Identity**

LEGAL MAIL

**Privacy Act Statement.** In accordance with 28 CFR Section 166.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of US Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(I)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, US Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103?0016), Washington, DC 20503.

Full Name of Requester  Joseph Randolph Mays  (Reg#: 43487-007)
                            Federal Correctional Institution - Gilmer
Current Address  PO BOX 6000  Glenville, WV 26351-6000

Date of Birth  08-23-1964          Place of Birth Roanoke, VA

Social Security Number  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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5000.

Signature  _J_W_[signature]_          Date 5-2-2017

**Optional: Authorization to Release Information to Another Person (or organization)**
(This portion is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person or organization.)

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

N/A [signature]

**Print or Type Name (and Organization, if applicable**

1. Name of individual who is the subject of the record sought.
2. Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
3. Signature of individual who is the subject of the record sought.

FORM DOJ-361,
USNCB Website
Version, Original
form approved
OMB No. 1103-
0016

# Exhibit J



**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Mid Atlantic Regional Office_
_302 Sentinel Drive_
_Suite 200_
_Annapolis Junction, MD 20701_

May 23, 2017

Joseph Mays, Register No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351                    Request Number: 2017-04802

Dear Mr. Mays:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested copies of all documentation related to SIS investigation dated August 11, 2016.

In response to your request, staff located 3 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 3 pages are appropriate for release in part. Copies of released records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions: (b)(6), (b)(7)(C) and (b)(7)(F).

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

### Inmate Investigative Report

**Institution:** Butner FCI-1

**Case Number:** BUT-16-0107

**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 43487007 | MAYS, JOSEPH | (b)(6);(b)(7)(C);(b)(7)(F) |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Investigator:** (b)(6);(b)(7)(C);(b)(7)(F)          **Date:** 8/25/2016 7:28:23 AM CST

**Captain:** LESLIE, TOYSHA          **Date:** 9/12/2016 11:20:47 AM CST

**Associate Warden:** MA'AT, SEKOU          **Date:** 9/12/2016 11:56:31 AM CST

**Warden:** SMITH, THOMAS          **Date:** 9/13/2016 6:56:32 AM CST

**Summary:**

On August 11, 2016, at approximately 11:40 a.m., inmate Mays, Joseph, Register No. 43487-007, confronted staff at mainline regarding concerns he had. (b)(6);(b)(7)(C);(b)(7)(F)

(b)(6);(b)(7)(C);(b)(7)(F)

Mays was placed in administrative detention pending the outcome of an SIS investigation.

(b)(6);(b)(7)(C);(b)(7)(F)

**Inmate Data:**



**Name:** 43487007 - MAYS, JOSEPH

**Role:** Suspect                                          **Age:** 52        **Race:** BLACK

**Security Level:** MEDIUM                          **Custody Level:** IN

**Facility Arrival Date:** 8/12/2016            **Projected Release Date:** 6/2/2048

**Charges:**

**Description**                                                **Sentencing District**

22-2103 MURDER II WHILE AREMED (3X).    DIST OF COLUMBIA, SUPERIOR CRT

**STGs:**                                                        **CIMs:**

(b)(6);(b)(7)(C);(b)(7)(F)

**Victim Statements:**

\*\*No information was found for the given criteria.\*\*

**Assailant Statements:**

\*\*No information was found for the given criteria.\*\*

**Other Statements:**

**Date:**  8/11/2016 11:45 AM                     **Location:** (b)(6);(b)(7)(C);(b)(7)(F)

**Interviewer:** (b)(6);(b)(7)(C);(b)(7)(F)       **Title:** SIS TECH

**Interviewee:** 43487007 - MAYS, JOSEPH

(b)(6);(b)(7)(C);(b)(7)(F)

**Factual Findings:**

   \*\*No item information was found for the given criteria.\*\*

| Type | Subtype | File Name | Original Entered By |
|------|---------|-----------|---------------------|
| (b)(6);(b)(7)(C);(b)(7)(F) | | | |

**Conclusion:**

(b)(6);(b)(7)(C);(b)(7)(F)

**Recommendation:**

(b)(6);(b)(7)(C);(b)(7)(F)

**CIMS Separation Warranted:** (b)(6);(b)(7)(C);(b)(7)(F)

# Exhibit K

CERTIFIED MAIL RECEIPT
7016 2710 0000 1747 1170

**Joseph R. Mays 43487-007**
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

LEGAL MAIL

June 2, 2017

US Department of Justice
Office of Information Policy
1425 New York Avenue NW
Suite 11050
Washington, DC 20530

RECEIVED

JUN 1 4 2017

Office of Information Policy

Page 1 of 12

**RE: Freedom of Information Act Appeal (BOP FOIA Request Number: 2017-04802)**

Attention Director, Office of Information Policy:

Hello. I am writing to you today to appeal the response to my request for documents under the Freedom of Information Act Request, pursuant to 28 C.F.R. § 16.3, to the Office of General Counsel, Federal Bureau of Prisons, FOIA Service Center, dated March 29, 2017.

In that request, I asked for a copy of the SIS Investigative Report. I included a copy of my Form 409, which outlines the reasons I was transferred. It was also submitted as a reference for obtaining the SIS Investigative Report, because it references details of the [SIS] investigation.

I received a response to this FOIA Request (2017-04802) on June 1, 2017. In that request, I only received the redacted copy of the SIS Investigative Report. The first line in the summary matches the first line in Section "3." of the Form 409. The following information was noted on the pages below in reference to my request:

    Page 1 of 3 (BOP FOIA 2017-04802 1 of 3)

        Inmates involved:
          43487007  MAYS,JOSEPH    "ROLE" is redacted???

        Staff involved:
          Name:   ** No information found for the given criteria

        Others involved:
                ** No information found for the given criteria

    Page 2 of 3 (BOP FOIA 2017-04802 2 of 3)

        Victim's Statements:
                ** No information found for the given criteria

        Assailant's Statements:
                ** No information found for the given criteria

    Page 3 of 3 (BOP FOIA 2017-04802 3 of 3)

        Factual Findings:
                ** No item information was found for the given criteria

19

Joseph R. Mays 43487-007

June 2, 2017

Page 2 of 12

Other than the first line and the line under the first redacted block, **no information** was given to show me what was written in the investigative report.

I was transferred, but **NEVER** given a **specific reason or reasons** why I was put in administrative detention. I lost time with my family and opportunities for programming. My father **died** while I was in transit. I'll **NEVER** be able to get that time back.

I am requesting that the information in the SIS investigative report be made available to me so that I can know, for myself, what I was being investigated for in the first place. According to the results in this report, based upon the Form 409, none of that information was true. This could be construed by the notes that are in each section ("No information found for the given criteria").

I also want the other information ("flyers" that I distributed and the information related to it and the access log and information for my UNICOR computer account).

This request is conducted in the interest of fairness and justice (to clear my name and record) and for the adherence to the Federal Bureau of Prison's Code of Ethics and Core Values, Standards of Employee Conduct, United States Codes and Statutes, Code of Federal Regulations, and the Constitution of the United States of America.

I look forward to the prompt receipt of these documents so that I can **fairly** and **adequately** defend myself against these false allegations.

Thank you very much for your time and attention to this matter. Have a nice day.

Respectfully submitted,

Joseph R. Mays

**Attachments:** Letter dated May 23, 2017 from Mr. Matthew Mellady – 4 pages
(BOP FOIA Request/Response Number: 2017-04802)

Original FOIA Request Letter dated March 29, 2017 – 6 pages
- Letter – 2 pages
- Copy of Form 409 (BOP FOIA 2017-02957 1 of 3) – 1 page
- Copy of Network Login Request dated Sept. 23, 2015 – 1 page
- Freedom of Information Request dated May 2, 2017 – 1 page
- Certification of Identity dated May 2, 2017 – 1 page

Case 1:20-cv-02197-CKK Document 22-4 Filed 03/19/21 Page 66 of 119


Page 3 of 12

## U.S. Department of Justice
## Federal Bureau of Prisons

*Mid Atlantic Regional Office*
*302 Sentinel Drive*
*Suite 200*
*Annapolis Junction, MD 20701*

May 23, 2017

Joseph Mays, Register No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351

Request Number: 2017-04802

Dear Mr. Mays:

This is in response to the above referenced Freedom of Information Act (FOIA) request. Specifically, you requested copies of all documentation related to SIS investigation dated August 11, 2016.

In response to your request, staff located 3 pages of responsive records, which were forwarded to this office for a release determination. After careful review, we determined 3 pages are appropriate for release in part. Copies of released records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted under the following exemptions: (b)(6), (b)(7)(C) and (b)(7)(F).

If you have any questions, you have the right to seek assistance from the undersigned or BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750).

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Additionally, you have the right to seek dispute resolution services from BOP's FOIA Public Liaison, Mr. C. Darnell Stroble ((202) 616-7750) or the Office of Government Information Services (OGIS). OGIS offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel

U.S. Department of Justice

Federal Bureau of Prisons

### Inmate Investigative Report

**Institution:** Butner FCI-1

**Case Number:** BUT-16-0107

**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 43487007 | MAYS, JOSEPH | (b)(6),(b)(7)(C),(b)(7)(F) |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Investigator:** (b)(6),(b)(7)(C),(b)(7)(F)          **Date:** 8/25/2016 7:28:23 AM CST

**Captain:** LESLIE, TOYSHA          **Date:** 9/12/2016 11:20:47 AM CST

**Associate Warden:** MA'AT, SEKOU          **Date:** 9/12/2016 11:56:31 AM CST

**Warden:** SMITH, THOMAS          **Date:** 9/13/2016 6:56:32 AM CST

**Summary:**

On August 11, 2016, at approximately 11:40 a.m., inmate Mays, Joseph, Register No. 43487-007, confronted staff at mainline regarding concerns he had. (b)(6),(b)(7)(C),(b)(7)(F)

(b)(6),(b)(7)(C),(b)(7)(F)

Mays was placed in administrative detention pending the outcome of an SIS investigation.

(b)(6),(b)(7)(C),(b)(7)(F)

**Inmate Data:**

**Name:** 43487007 - MAYS, JOSEPH

**Role:** Suspect                **Age:** 52   **Race:** BLACK

**Security Level:** MEDIUM      **Custody Level:** IN

**Facility Arrival Date:** 8/12/2016    **Projected Release Date:** 6/2/2048

**Charges:**

**Description**                **Sentencing District**

22-2103 MURDER II WHILE AREMED (3X).   DIST OF COLUMBIA, SUPERIOR CRT

**STGs:**                **CIMs:**

(b)(6),(b)(7)(C),(b)(7)(F)

**Victim Statements:**

**No information was found for the given criteria.**

**Assailant Statements:**

**No information was found for the given criteria.**

**Other Statements:**

**Date:** 8/11/2016 11:45 AM      **Location:** (b)(6),(b)(7)(C),(b)(7)(F)

**Interviewer:** (b)(6),(b)(7)(C),(b)(7)(F)      **Title:** SIS TECH

**Interviewee:** 43487007 - MAYS, JOSEPH

(b)(6),(b)(7)(C),(b)(7)(F)

**Factual Findings:**

**"No item information was found for the given criteria."**

| Type | Subtype | File Name | Original Entered By |
|---|---|---|---|
| (b)(6),(b)(7)(C),(b)(7)(F) | | | |

**Conclusion:**

(b)(6),(b)(7)(C),(b)(7)(F)

**Recommendation:**

(b)(6),(b)(7)(C),(b)(7)(F)

**CIMS Separation Warranted:** (b)(6),(b)(7)(C),(b)(7)(F)

Page 7 of 12

**LEGAL MAIL**
Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
**CERTIFIED MAIL RECEIPT #**
PO BOX 6000
**7016 1370 0001 8032 0151**
Glenville, WV 26351-6000

7016 1370 0001 8032 0151

March 29, 2017

Office of General Counsel
Federal Bureau of Prisons
Page 1 of 4 (6) JRM
FOIA Service Center
320 First Street NW
Washington, DC 20534

Attention Office of General Counsel (FOIA Service Center):

Hello. I am writing to you today to request information
(documents), pursuant to 28 C.F.R. § 16.3, that will allow me to
defend myself against false allegations/charges by staff (UNICOR
Factory Manager Jamie Hoskins, Associate Warden S. Ma'at, Warden
Thomas B. Smith, UNICOR Supervisor Mr. Humphries, and others), which
resulted in my firing from my $200 a month job at UNICOR (Lead
Mechanic), wrongful and retaliatory placement in the SHU, subsequent
transfer to FCI Gilmer, WV, the loss of the last two months with
my father before he **died** on October 23, 2016, a severe limitation
on my financial access to the courts, the loss of programming
opportunities, and the denial of my right to due process (a hearing
and the right to be informed of the **specific** charges against me
and the evidence used against me [to contest it] in a **fair and timely**
manner).

As a result of those allegations, which were finally made
available to me on March 22, 2017, through a Freedom of Information
Act Request (for the reason stated above), I am requesting a copy
of the following documents/documentation to supplement the documents
that were requested on January 29, 2017 in BOP FOIA Request Number:
2017-02957. The requested document(s) listing is below.

* **SIS Investigative Report (Entire Report)** - For the alleged
  incident dated August 11, 2016, that occurred at FCI Butner I
  in the Dining Hall during mainline at approximately 11:40AM.
  Please refer to Attachment A - BOP FOIA 2017-02957  1 of 3

* **Copy of the "flyer(s)"** that were "circulating throughout
  the Federal Bureau of Prisons" and the following details
  to support it:

  - **Names of the Federal Bureau of Prisons Institutions** that
    these "flyers" were found/distributed to, including the
    **dates**, **times**, **quantity of**, and the **names of the staff
    member(s)** who found them [flyers] and alerted the FBOP
    and/or UNICOR, specifically UNICOR Factory Manager Jamie
    Hoskins and Associate Warden S. Ma'at, to them [flyers].

Page 8 of 12

Joseph R. Mays 43487-007
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

March 29, 2017

Page 2 of 4 (6) JRM

- **Copies of the communications [ALL] from all staff members above.**

- **Copy of the information on <u>how</u>, <u>when</u>, and <u>where</u> these "flyers" were created and <u>who</u> created them.**

- **Copy of the names of my "contact" people (i.e. people who assisted me in "circulating these flyers".**

- **The date these "flyers" were put into circulation** and the methods used to accomplish this US Mail, email, Internet, fax, text, and/or telephone).

\* **A copy of the listing of all [logged] access to my UNICOR computer Access Account (43487-007).**

   Refer to Attachment B - Network Login Request dated September 23, 2015

\* **The date that my UNICOR Computer Access Account (43487-007) was closed.**

   This request is being intiated in the interest of fairness and justice (to clear my name and record) and for the adherence to the Federal Bureau of Prison's Code of Ethics and Core Values, Standards of Employee Conduct, United States Codes and Statutes, Code of Federal Regulations, and the Constitution of the United States of America.

   I look forward to the prompt receipt of these documents so that I can <u>fairly</u> and <u>adequately</u> defend myself against these false allegations.

   Thank you very much for your time and attention to this matter. Have nice day.

   Respectfully submitted,

   Joseph R. Mays

**Attachments:** (A) - Copy of BOP FOIA Request Number 2017-02957 1 of 3
                     (Form 409 - Request for Transfer/Application Man. Variable)

               (B) - Copy of Network Login Request dated Sept. 23, 2015

\* **Added:** Certificate of Identity and FOIA/Privacy Act Request Form (6) pages total JRM

\*\*\* **NOTE:** Delay due to financial situation as a result of their actions

EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
SEP 2006
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| From:<br>Thomas B. Smith, Warden | Facility:<br>FCI Butner I, North Carolina | Date:<br>8-28-16 |
|---|---|---|
| Inmate's Name:<br>MAYS, Joseph Randolph | Register Number:<br>43487-007 | |
| To:<br>DSCC Administrator | | |

__X__  Transfer to: _Any appropriate MEDIUM facility (323 – Close Supervision)_

_____  Apply Management Variable:

_____  Update Management Variable Expiration Date.  (New Date):

**1.   Inmate's Medical Status**

Inmate MAYS is a Care Level 2 Stable, Chronic Care inmate assigned to regular duty work status with no medical restrictions.  He does not have any medical issues or mental health concerns noted or observed that would prevent a transfer.

**2. Institution Adjustment (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)**

Inmate MAYS has maintained poor institutional adjustment at FCI Butner.

**3.  Rationale for Referral.  (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)**

On August 11, 2016, at approximately 11:40 a.m., inmate Mays confronted staff at mainline regarding some concerns he had.  During the confrontation, Mays became visibly agitated and made threatening comments towards staff.  Mays stated, "he would do what he had to do" and "he could cause problems in UNICOR."  During this same time, there was information circulating throughout the Bureau of Prisons regarding a proposed work stoppage on September 9, 2016.  Inmate Mays was placed in Administrative Detention pending an SIS Investigation.  The investigation determined inmate Mays has animosity towards certain staff, because he didn't get "his way" in certain situations and due to flyers circulating pertaining to a work stoppage slated for September 9, 2016.  The investigation further revealed that Mays attempted to manipulate a lower functioning inmate, with violent tendencies, into believing that staff and inmates were making fun of him.  During one conversation, Mays picked up a hammer, slammed it down and stated that a staff member was going to get the hammer.  It is the recommendation of the SIS Office that inmate Mays be transferred to an institution outside of FCC Butner, NC.  Inmate Mays was recently re-classified as an 8-point HIGH security inmate with a MEDIUM security management level.  Unit Team is requesting a transfer to any appropriate MEDIUM security facility.  Inmate Mays projected release date is June 2, 2048.  He is not appropriate for RRC referral at this time.

He is a CIM case.

| 4a.   Parole Hearing Scheduled:  ___ Yes  _X_ No | 4b.   If yes, when: _____ |
|---|---|

**5.   Note any past or present behavior and/or management/inmate concerns.**
Inmate Mays recently became increasingly confrontational with staff.

**6.   BP337/BP338 Discrepancies**
None.

FOI EXEMPT

Staff have checked the following SENTRY Programs to ensure that they are correct and current:

| Inmate Profile | CIM Clearance and Separatee Data |
|---|---|
| Inmate Load Data | Custody Classification Form |
| Sentence Computation | Chronological Disciplinary Record |

| Prepared by (Case (b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) | Unit Manager Sig(b)(6),(b)(7)(C)<br>(b)(6),(b)(7)(C) |
|---|---|

# Dickerson, Susan

| | |
|---|---|
| **From:** | MISB Service Desk |
| **Sent:** | Wednesday, September 23, 2015 1:12 PM |
| **To:** | Dickerson, Susan |
| **Subject:** | Update to ticket 00298816 |

*1 upper*
*10 lower / 1 # / spec char*

To:sdickerson@central.unicor.gov
From: EDelToro, 09/23/2015 13:11:39

Windows account created for inmate Mays.  Password 87654321@Unicor

==================================================================

**Call Information**
Call ID: 00298816
Received by: HSSAdmin on 09/23/2015 12:41:50 Last Update by: EDelToro on 09/23/2015 13:06:49 Call Type: New Employee

Call Description: Need to get a login for the network for inmate Mays, Joseph #43487-007.  Doesn't need SAP just needs network access .

==================================================
NOTE: In this example, the mail is being sent to your Login ID via Support Mail. To send to a client via VIM or MAPI, edit this task under AutoTask. Change the addressee by typing MAPI: then clicking the INSERT button and choosing the field from Subset or Profile that contains your client's E Mail address.

CERTIFIED MAIL RECEIPT#
7016 1370 0001 8032 0151

LEGAL MAIL

# FREEDOM OF INFORMATION/PRIVACY ACT REQUEST

From: Joseph Randolph Mays (Reg#: 43487-007)
Federal Correctional Institution - Gilmer
PO BOX 6000
Glenville, WV 26351-6000

To: Office of General Counsel
Federal Bureau of Prisons
Attn: FOIA Service Center
320 First Street NW
Washington, DC 20534

Pursuant to title 5 United States code, section 552, 552 (a), I, the undersigned, identified as above, respectfully request the following information:

Please see attached letter and attachments:

I would also like to have a copy of the applicable rules and regulations of your agency, as provided for by the freedom of information/privacy acts, as amended by public law 93-502, 88 stat. 1561.

If for any reason(s) any of the above described information of material is deemed to be non-releasable, please specify the statutory and regulatory reason(s) and the name of the person(s) making such decisions.

Your kind reply within the next ten working days would be very much appreciated.

Respectfully submitted, Joseph R. Mays (Reg#: 43487-007)

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552 a(1)(3) by a fine of not more than $5,000.

Signature _____     Date  5-2-2017

DOJ Form 361-Certification of Identity

CERTIFIED MAIL RECEIPT# RE: FOIA (BOP FOIA Request) Page 12 of 12
7016 1370 0001 8032 0151
LEGAL MAIL

Case 1:20-cv-02197-CKK Document 22-4 Filed 03/19/21 Page 75 of 119

Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 166.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of US Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(I)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to Director, Facilities and Administrative Services Staff, Justice Management Division, US Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103?0016), Washington, DC 20503.

Full Name of Requester   Joseph Randolph Mays   (Reg#: 43487-007)
                         Federal Correctional Institution - Gilmer
Current Address   PO BOX 6000  Glenville, WV 26351-6000

Date of Birth   08-23-1964        Place of Birth   Roanoke, VA

Social Security Number   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

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5000.

Signature _____   Date 5-2-2017

**Optional: Authorization to Release Information to Another Person (or organization)**
(This portion is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person or organization.)

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

N/A

Print or Type Name (and Organization, if applicable

1. Name of individual who is the subject of the record sought.
2. Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.
3. Signature of individual who is the subject of the record sought.

FORM DOJ-361,
USNCB Website
Version, Original
form approved
OMB No. 1103-
0016



DOJ-FASS

To: OIP/FOIA

Building:

Room #   11050

Department: OIP

70162710000017471170

# Exhibit L

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

Joseph R. Mays
Register No. 43487-007
FCI
P.O. Box 6000
Glenville, WV 26351-6000

June 20, 2017

Dear Mr. Joseph R. Mays,

This is to advise you that your administrative appeal from the action of the BOP
regarding Request No. 2017-04802 was received by this Office on 06/14/2017.

The Office of Information Policy has the responsibility of adjudicating such appeals.  In an attempt
to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning
appeals in the approximate order of receipt.  Your appeal has been assigned number DOJ-AP-2017-
004799.  Please mention this number in any future correspondence to this Office regarding this matter.
Please note that if you provide an e-mail address or another electronic means of communication with your
request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal
to this Office via regular U.S. Mail.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions
about the status of your appeal, you may contact me at (202) 514-3642.  If you have submitted your
appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into
your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist

# Exhibit M



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Mr. Joseph R. Mays
Register No. 43487-007
Federal Correctional Institution                    Re:        Appeal No. DOJ-AP-2017-004799
Post Office Box 6000                                          Request No. 2017-04802
Glenville, WV  26351                                         MWH:MTC

**VIA:  U.S. Mail**

Dear Mr. Mays:

        You appealed from the action of the Federal Bureau of Prisons (BOP) on your Freedom
of Information Act request for access to certain records concerning yourself and an incident that
occurred on August 11, 2016.

        After carefully considering your appeal, and as a result of discussions between BOP
personnel and this Office, I am remanding your request to BOP for a further processing of the
responsive records and for a further search for additional responsive records.  If BOP locates
additional records and determines that additional records are releasable, it will send them to you
directly, subject to any applicable fees.  You may appeal any future adverse determination made
by BOP.  If you would like to inquire about the status of this remand, please contact BOP
directly.

        If you have any questions regarding the action this Office has taken on your appeal, you
may contact this Office's FOIA Public Liaison for your appeal.  Specifically, you may speak with
the undersigned agency official by calling (202) 514-3642.

        If you are dissatisfied with my action on your appeal, the FOIA permits you to file a
lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

                                                    Sincerely,

                                                                            9/26/2017

                                                    X   Matt-M

                                                    Matthew Hurd, Associate Chief, for
                                                    Sean O'Neill, Chief, Administrative Appeals ...
                                                    Signed by: MATTHEW HURD

# Exhibit N



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*                          **September 26, 2017**

## ADMINISTRATIVE APPEAL MEMORANDUM

TO:          **Eugene Baime**
             Supervisory Attorney-Advisor
             FOIA/PA Section
             Office of General Counsel
             Federal Bureau of Prisons

FROM:        **Melanie Ann Pustay**
             Director

             **Sean R. O'Neill**
             Chief, Administrative Appeals Staff

SUBJECT:     **Instructions for Processing Administrative Appeal**

| **Request No.  2017-04802** | Requester's Name:  Joseph R. Mays |
|---|---|
| **Appeal No.  DOJ-AP-2017-004799** | Subject of Request:  Self - incident that occurred on August 11, 2016. |

     The administrative appeal referenced above has been sent by this Office to BOP for a search for (and processing of) responsive records.  At this time, please reopen this file and perform the following actions, subject to any applicable fees:

1. Conduct an additional search for the two records identified as pdf attachments to the Incident Report – "staff memos" and "flyer circulating."
2. Reconsider the withholdings to the Incident Report, particularly whether Exemption 5 might be properly applied to the conclusion and recommendation paragraphs, and whether there is any information that can be further segregated for release or if there is an overall reason why Exemption 7F is applicable to nearly the entirety of the report.

     The OIP attorney reviewing this administrative appeal coordinated this action through Sharon Wahl of the FCI Beckley Consolidated Legal Center.  If you have any further questions concerning this action, please do not hesitate to contact Marilyn Cunningham at 202-514-5449.

# Exhibit O



**U.S. Department of Justice**
**Federal Bureau of Prisons**

*Mid Atlantic Regional Office*
*302 Sentinel Drive*
*Suite 200*
*Annapolis Junction, MD  20701*

October 31, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV  26351          Request Number: 2017-07249 (Supplemental to 2017-04802)

Dear Mr. Mays:

This is in response to the above referenced Freedom of Information Act (FOIA) request.  The attached documents are a supplemental released to FOIA No. 2017-04802.

In response to your request, staff located 10 pages of responsive records, which were forwarded to this office for a release determination.  After careful review, we determined 5 pages are appropriate for release in full; 4 pages are appropriate for release in part; and, 1 page must be withheld in its entirety. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in full from disclosure to you under the following exemptions: (b)(2), (b)(5), (b)(6), (b)(7)(C) (b)(7)(F). An explanation of FOIA exemptions is attached.

If you have questions about this response please feel free to contact the undersigned, this office, or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information, Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be postmarked within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel



**U.S. Department of Justice**
**Federal Bureau of Prisons**

### Inmate Investigative Report

**Institution:** Butner FCI-1

**Case Number:** BUT-16-0107

**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 43487007 | MAYS, JOSEPH | Suspect |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Investigator:** (b)(6);(b)(7)(C);(b)(7)(F)       **Date:** 8/25/2016 7:28:23 AM CST

**Captain:** (b)(6);(b)(7)(C);(b)(7)(F)       **Date:** 9/12/2016 11:20:47 AM CST

**Associate Warden:** (b)(6);(b)(7)(C);(b)(7)(F)       **Date:** 9/12/2016 11:56:31 AM CST

**Warden:** SMITH, THOMAS       **Date:** 9/13/2016 6:56:32 AM CST

**Summary:**

On August 11, 2016, at approximately 11:40 a.m., inmate Mays, Joseph, Register No. 43487-007, confronted staff at mainline regarding concerns he had. (b)(6);(b)(7)(C);(b)(7)(F)
(b)(6);(b)(7)(C);(b)(7)(F)

Mays was placed in administrative detention pending the outcome of an SIS investigation.

(b)(6);(b)(7)(C);(b)(7)(F)

**Inmate Data:**



**Name:** 43487007 - MAYS, JOSEPH

**Role:** Suspect                                   **Age:** 52    **Race:** BLACK

**Security Level:** MEDIUM                 **Custody Level:** IN

**Facility Arrival Date:** 8/12/2016      **Projected Release Date:** 6/2/2048

**Charges:**

| Description | Sentencing District |
|---|---|
| 22-2103 MURDER II WHILE AREMED (3X). | DIST OF COLUMBIA, SUPERIOR CRT |

**STGs:**                                             **CIMs:**

(b)(6);(b)(7)(C);(b)(7)(F)

**Victim Statements:**

\*\*No information was found for the given criteria.\*\*

**Assailant Statements:**

\*\*No information was found for the given criteria.\*\*

**Other Statements:**

**Date:** 8/11/2016 11:45 AM                    **Location:** (b)(2)

**Interviewer:** (b)(6);(b)(7)(C);(b)(7)(F)    **Title:** SIS TECH

**Interviewee:** 43487007 - MAYS, JOSEPH

"I told them that there is a way I can handle this I'll file my administrative remedies. I didn't get some of the training that some of the other employees got. I never threatened anything, raised my voice or anything like that. I like doing my job, but at the same time I wanted some light in my work area, and a fan for circulation. I'm thorough when I work on the machines some people don't like that. I do feel like I am discriminated against and treated differently than some of the other factory employees. (b)(6);(b)(7)(C);(b)( (b)(6);(b)(7)(C);(b)(7)(F) I just want to be treated like the other factory employees and receive the same training that the other factory employees get. I feel like the factory manager doesn't like the fact that I'm thorough when it comes to my job and that may slow down the production. I'm going to make sure that things are right. I also file administrative remedies to ensure that the conditions are what they are supposed to be".

**Factual Findings:**

**No item information was found for the given criteria.**

| Type | Subtype | File Name | Original Entered By |
|------|---------|-----------|---------------------|
| Communications | Inmate Mail | flyer circulating.pdf | TF04860 |
| National Prison Strike September 2016 | | | |

(b)(6);(b)(7)(C);(b)(7)(F);(b)(2)

**Conclusion:**

(b)(5)

**Recommendation:**

(b)(5)

**CIMS Separation Warranted:** (b)(6);(b)(7)(C);(b)(7)(F)

BOP FOIA  2017-07249  3 of 10

# THIS IS A CALL
# TO END SLAVERY
# IN AMERICA

## NATIONAL PRISON STRIKE
## SEPTEMBER 2016



**SLAVERY IS ALIVE AND WELL
IN THE PRISON SYSTEM,
BUT BY THE END OF THIS YEAR,
IT WON'T BE ANYMORE.**

# THIS IS A CALL
# TO END SLAVERY
# IN AMERICA

## NATIONAL PRISON STRIKE
## SEPTEMBER 2016



**SLAVERY IS ALIVE AND WELL
IN THE PRISON SYSTEM,
BUT BY THE END OF THIS YEAR,
IT WON'T BE ANYMORE.**

**Find more information, updates and organizing materials and opportunities at the following websites:**

**SupportPrisonerResistance.net**

**FreeAlabamaMovement.com**

**IWOC.noblogs.org**



IN ONE VOICE, rising from the cells of long term solitary confinement, echoed in the dormitories and cell blocks from Virginia to Oregon, we prisoners across the United States vow to finally end slavery in 2016.

On September 9th of 1971 prisoners took over and shut down Attica, New York State's most notorious prison. On September 9th of 2016, we will begin an action to shut down prisons all across this country. We will not only demand the end to prison slavery, we will end it ourselves by ceasing to be slaves.

In the 1970s the US prison system was crumbling. In Walpole, San Quentin, Soledad, Angola and many other prisons, people were standing up, fighting and taking ownership of their lives and bodies back from the plantation prisons. For the last six years we have remembered and renewed that struggle. In the interim, the prisoner population has ballooned and technologies

**Find more information, updates and organizing materials and opportunities at the following websites:**

**SupportPrisonerResistance.net**

**FreeAlabamaMovement.com**

**IWOC.noblogs.org**



IN ONE VOICE, rising from the cells of long term solitary confinement, echoed in the dormitories and cell blocks from Virginia to Oregon, we prisoners across the United States vow to finally end slavery in 2016.

On September 9th of 1971 prisoners took over and shut down Attica, New York State's most notorious prison. On September 9th of 2016, we will begin an action to shut down prisons all across this country. We will not only demand the end to prison slavery, we will end it ourselves by ceasing to be slaves.

In the 1970s the US prison system was crumbling. In Walpole, San Quentin, Soledad, Angola and many other prisons, people were standing up, fighting and taking ownership of their lives and bodies back from the plantation prisons. For the last six years we have remembered and renewed that struggle. In the interim, the prisoner population has ballooned and technologies

of control and confinement have developed into the most sophisticated and repressive in world history. The prisons have become more dependent on slavery and torture to maintain their stability.

Prisoners are forced to work for little or no pay. That is slavery. The 13th amendment to the US constitution maintains a legal exception for continued slavery in US prisons. It states "neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States." Overseers watch over our every move, and if we do not perform our appointed tasks to their liking, we are punished. They may have replaced the whip with pepper spray, but many of the other torments remain: isolation, restraint positions, stripping off our clothes and investigating our bodies as though we are animals.

Slavery is alive and well in the prison system, but by the end of this year, it won't be anymore. This is a call to end slavery in America. This call goes directly to the slaves themselves. We are not making demands or requests of our captors, we are calling ourselves to action. To every prisoner in every state and federal institution across this land, we call on you to stop being a slave, to let the crops

**PRISON IMPACTS EVERYONE. WHEN WE STAND UP AND REFUSE ON SEPTEMBER 9TH, 2016, WE NEED TO KNOW OUR FRIENDS, FAMILIES AND ALLIES ON THE OUTSIDE WILL HAVE OUR BACKS. THIS SPRING AND SUMMER WILL BE SEASONS OF ORGANIZING, OF SPREADING THE WORD, BUILDING THE NETWORKS OF SOLIDARITY AND SHOWING THAT WE'RE SERIOUS AND WHAT WE'RE CAPABLE OF.**

**STEP UP, STAND UP, AND JOIN US.**

**AGAINST PRISON SLAVERY.**

**FOR LIBERATION OF ALL.**

of control and confinement have developed into the most sophisticated and repressive in world history. The prisons have become more dependent on slavery and torture to maintain their stability.

Prisoners are forced to work for little or no pay. That is slavery. The 13th amendment to the US constitution maintains a legal exception for continued slavery in US prisons. It states "neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States." Overseers watch over our every move, and if we do not perform our appointed tasks to their liking, we are punished. They may have replaced the whip with pepper spray, but many of the other torments remain: isolation, restraint positions, stripping off our clothes and investigating our bodies as though we are animals.

Slavery is alive and well in the prison system, but by the end of this year, it won't be anymore. This is a call to end slavery in America. This call goes directly to the slaves themselves. We are not making demands or requests of our captors, we are calling ourselves to action. To every prisoner in every state and federal institution across this land, we call on you to stop being a slave, to let the crops

**PRISON IMPACTS EVERYONE. WHEN WE STAND UP AND REFUSE ON SEPTEMBER 9TH, 2016, WE NEED TO KNOW OUR FRIENDS, FAMILIES AND ALLIES ON THE OUTSIDE WILL HAVE OUR BACKS. THIS SPRING AND SUMMER WILL BE SEASONS OF ORGANIZING, OF SPREADING THE WORD, BUILDING THE NETWORKS OF SOLIDARITY AND SHOWING THAT WE'RE SERIOUS AND WHAT WE'RE CAPABLE OF.**

**STEP UP, STAND UP, AND JOIN US.**

**AGAINST PRISON SLAVERY.**

**FOR LIBERATION OF ALL.**

have drawn long overdue attention to—but also under the threat of capture, of being thrown into these plantations, shackled and forced to work.

Our protest against prison slavery is a protest against the school to prison pipeline, a protest against police terror, a protest against post-release controls. When we abolish slavery, they'll lose much of their incentive to lock up our children, they'll stop building traps to pull back those who they've released. When we remove the economic motive and grease of our forced labor from the US prison system, the entire structure of courts and police, of control and slave-catching must shift to accommodate us as humans, rather than slaves.

rot in the plantation fields, to go on strike and cease reproducing the institutions of your confinement.

**This is a call for a nation-wide prisoner work stoppage to end prison slavery, starting on September 9th, 2016. They cannot run these facilities without us.**

Non-violent protests, work stoppages, hunger strikes and other refusals to participate in prison routines and needs have increased in recent years. The 2010 Georgia prison strike, the massive rolling California hunger strikes, the Free Alabama Movement's 2014 work stoppage, have gathered the most attention, but they are far from the only demonstrations of prisoner power. Large, sometimes effective hunger strikes have broken out at Ohio State Penitentiary, at Menard Correctional in Illinois, at Red Onion in Virginia as well as many other prisons. The burgeoning resistance movement is diverse and interconnected, including immigrant detention centers, women's prisons and juvenile facilities. Last fall, women prisoners at Yuba County Jail in California joined a hunger strike initiated by women held in immigrant detention centers in California, Colorado and Texas.

Prisoners all across the country regularly engage in

have drawn long overdue attention to—but also under the threat of capture, of being thrown into these plantations, shackled and forced to work.

Our protest against prison slavery is a protest against the school to prison pipeline, a protest against police terror, a protest against post-release controls. When we abolish slavery, they'll lose much of their incentive to lock up our children, they'll stop building traps to pull back those who they've released. When we remove the economic motive and grease of our forced labor from the US prison system, the entire structure of courts and police, of control and slave-catching must shift to accommodate us as humans, rather than slaves.

rot in the plantation fields, to go on strike and cease reproducing the institutions of your confinement.

**This is a call for a nation-wide prisoner work stoppage to end prison slavery, starting on September 9th, 2016. They cannot run these facilities without us.**

Non-violent protests, work stoppages, hunger strikes and other refusals to participate in prison routines and needs have increased in recent years. The 2010 Georgia prison strike, the massive rolling California hunger strikes, the Free Alabama Movement's 2014 work stoppage, have gathered the most attention, but they are far from the only demonstrations of prisoner power. Large, sometimes effective hunger strikes have broken out at Ohio State Penitentiary, at Menard Correctional in Illinois, at Red Onion in Virginia as well as many other prisons. The burgeoning resistance movement is diverse and interconnected, including immigrant detention centers, women's prisons and juvenile facilities. Last fall, women prisoners at Yuba County Jail in California joined a hunger strike initiated by women held in immigrant detention centers in California, Colorado and Texas.

Prisoners all across the country regularly engage in

myriad demonstrations of power on the inside. They have most often done so with convict solidarity, building coalitions across race lines and gang lines to confront the common oppressor.

Forty-five years after Attica, the waves of change are returning to America's prisons. This September we hope to coordinate and generalize these protests, to build them into a single tidal shift that the American prison system cannot ignore or withstand. We hope to end prison slavery by making it impossible, by refusing to be slaves any longer.

To achieve this goal, we need support from people on the outside. A prison is an easy-lockdown environment, a place of control and confinement where repression is built into every stone wall and chain link, every gesture and routine. When we stand up to these authorities, they come down on us, and the only protection we have is solidarity from the outside. Mass incarceration, whether in private or state-run facilities is a scheme where slave catchers patrol our neighborhoods and monitor our lives. It requires mass criminalization. Our tribulations on the inside are a tool used to control our families and communities on the outside. Certain Americans live every day under not only the threat of extra-judicial execution—as protests surrounding the deaths of Mike Brown, Tamir Rice, Sandra Bland and so many others

# FORTY-FIVE YEARS AFTER ATTICA, THE WAVES OF CHANGE ARE RETURNING TO AMERICA'S PRISONS. THIS SEPTEMBER WE HOPE TO COORDINATE AND GENERALIZE THESE PROTESTS, TO BUILD THEM INTO A SINGLE TIDAL SHIFT THAT THE AMERICAN PRISON SYSTEM CANNOT IGNORE OR WITHSTAND.

myriad demonstrations of power on the inside. They have most often done so with convict solidarity, building coalitions across race lines and gang lines to confront the common oppressor.

Forty-five years after Attica, the waves of change are returning to America's prisons. This September we hope to coordinate and generalize these protests, to build them into a single tidal shift that the American prison system cannot ignore or withstand. We hope to end prison slavery by making it impossible, by refusing to be slaves any longer.

To achieve this goal, we need support from people on the outside. A prison is an easy-lockdown environment, a place of control and confinement where repression is built into every stone wall and chain link, every gesture and routine. When we stand up to these authorities, they come down on us, and the only protection we have is solidarity from the outside. Mass incarceration, whether in private or state-run facilities is a scheme where slave catchers patrol our neighborhoods and monitor our lives. It requires mass criminalization. Our tribulations on the inside are a tool used to control our families and communities on the outside. Certain Americans live every day under not only the threat of extra-judicial execution—as protests surrounding the deaths of Mike Brown, Tamir Rice, Sandra Bland and so many others

# FORTY-FIVE YEARS AFTER ATTICA, THE WAVES OF CHANGE ARE RETURNING TO AMERICA'S PRISONS. THIS SEPTEMBER WE HOPE TO COORDINATE AND GENERALIZE THESE PROTESTS, TO BUILD THEM INTO A SINGLE TIDAL SHIFT THAT THE AMERICAN PRISON SYSTEM CANNOT IGNORE OR WITHSTAND.



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*P. O. Box 1000*

*Butner, North Carolina 27509*

Date 08/11/2016

MEMORANDUM FOR (b)(6);(b)(7)(C);(b)(7)(F)  Captain

FROM: (b)(6);(b)(7)(C);(b)(7)(F)   Factory Manager

SUBJECT: Inmate Joseph Mays 43487-007

On 08/11/2016 at approximately 11:40 A.M., (b)(6);(b)(7)(C);(b)(7)(F) and I were

Talking to inmate Mays about resolving a pending Administrative

Remedy. Inmate Mays became agitated and made threating comments

(b)(6);(b)(7)(C);(b)(7)(F)  He stated, "He would do what he had to do to do".

He said he was the one who works on the equipment in UNICOR, and

he could cause problems in the factory.

At approximately 12:00 P.M. inmate Mays was escorted from the UNICOR
Factory to the Special Housing Unit by (b)(6);(b)(7)(C);(b)(7)(F)

(b)(6);(b)(7)(C);(b)(7)(F)



Page 10 of 10

Withheld pursuant to exemption

(b)(6) ; (b)(7)(C) ; (b)(7)(F)

of the Freedom of Information and Privacy Act

# Exhibit P

CERTIFIED MAIL RECEIPT #
7014 2120 0004 1487 9567

LEGAL MAIL

JOSEPH R. MAYS 43487-007
FEDERAL CORRECTIONAL INSTITUTION - GILMER
PO BOX 6000
GLENVILLE, WV 26351-6000

(MTC)

FOIA/
BOP

December 11, 2017

US Department of Justice
Office of Information Policy
1425 New York Avenue NW
Suite 11050
Washington, DC 20530

RECEIVED
DEC 2 0 2017
Office of Information Policy

Page 1 of 19

New Request No. 2017-07249

RE: Freedom of Information Act Appeal (RE: Appeal No.: DOJ-AP-2017-004799)
Supplementary Response to BOP Request No.: 2017-04802 dated October 31, 2017

Attention Director, Office of Information Policy:

Hello. I am writing to you today to appeal the supplementary response to my request for documents under the Freedom of Information Act Request pursuant to 28 C.F.R. § 16.3, to the Office of General Counsel, Federal Bureau of Prisons, FOIA Service Center, dated March 29, 2017 (BOP Request No.: 2017-04802). That initial request was appealed by me and remanded, by your office (OIP) for further processing of and a search (further) for additional responsive records, by the Federal Bureau of Prisons (herein referred to as FBOP).

The supplementary response yielded some information I requested/ needed but does not adequately satisfy my request for information. I was accused of doing multiple unlawful acts, yet I did not receive disciplinary action or a report. I was wrongfully, and retaliatorily, fired from my $200/month job at UNICOR and placed, retaliatorily, in the SHU at FCI Butner II, in Butner, NC, for 71 days, WITHOUT a hearing and a [f]actual finding of guilt, and retaliatory transferred. Additionally,

CERTIFIED MAIL RECEIPT #          JOSEPH R. MAYS   43487-007

7014 2120 0004 1487 9567

RE: Appeal of Supplemental Response to BoP FOIA 2017-04802          December 11, 2017
     Appeal No.: DOJ-AP-2017-004799                                Page 2 of 19

I lost time I could have spent talking to my father on the telephone, or emailing him, during the last two months of his life. He <u>DIED</u> on October 23, 2016. I <u>CANNOT</u> get that time back. The situation was made even worse for me because it was all done in retaliation for filing a grievance. This can be confirmed with the supplemental document that was sent as a result of the remand (BoP FOIA 2017-07249). It states, "... and I were talking to Inmate Mays about resolving a pending Administrative Remedy." (Page 9 of 10). Jan

   In the FBOP's response to your office's remand, which was dated 9/26/2017, they only sent the SIS report they sent the first time (BoP FOIA 2017-07249 (pages 1-3 of 10), a copy of the "flyer" they claimed <u>I</u>, through inference, was circulating throughout the FBOP (Sentences 3, 4, and 6 in Section "3." of document BoP FOIA 2017-02957 1 of 3, which is attached), and a memo to Captain [Leslie] (name redacted) that was mentioned at the end of the last paragraph. My name is nowhere in this flyer and, prior to November 6, 2017, I <u>never</u> saw or heard of this flyer or any events (planned) related to it. And, most importantly, they (Warden Smith, Associate Warden Ma'at, Case Manager Halfast, Unit Manager Willis, and the SIS Office <u>did</u> <u>not</u> provide me with the specific information about this "flyer", that I had requested in the original FOIA Request dated March 29, 2017.

CERTIFIED MAIL RECEIPT #         JOSEPH R. MAYS  43487-007
7014 2120 0004 1487 9567

RE: Appeal of Supplemental Response to BOP FOIA 2017-04802     December 11, 2017
Appeal No.: DOJ-AP-2017-004799                                Page 3 of 19

    <u>If</u> I did this or had something to do with this, then <u>where are</u>
the following details? :

1) The envelope showing the postmark, which will indicate its <u>origination point</u>, <u>to whom</u> it is addressed to, the return address of <u>the sender</u>, and the <u>date</u> that these flyers were <u>sent to me</u> or <u>by me.</u>

2) <u>Names</u> of the FBOP institutions that these "flyers" were found/distributed to, including the <u>dates</u>, <u>times</u>, quantity of, and the <u>names</u> of the staff members who found them and alerted the FBOP and/or UNICOR, specifically, UNICOR Factory Manager Hoskins and Associate Warden Ma'at to them (flyers).

3) Copies of the communications (ALL) from all staff members above.

4) Copy of the information on <u>how</u>, <u>when</u>, and <u>where</u> these "flyers" were created and <u>who</u> created them.

**NOTE:** <u>If</u> I did this I would have been caught. The <u>ONLY</u> computer access I had to create these "flyers" was in UNICOR and that <u>WOULD NOT</u> have been possible because <u>EVERYTHING</u> I printed went to the networked printer in Mrs. Briggs' (Secretary) office where she removes them, sorts them, and places them in a bin for pickup in the main office outside of her office. Additionally, <u>if</u> I was able to somehow get them out (we got pat-searched on the way out <u>EVERY DAY</u>), I <u>still</u> would have been caught by the Unit Officer, who <u>reads the mail before</u> sending it out/sealing it or by the Mail Room, if it was still unread and unsealed at that point.

CERTIFIED MAIL RECEIPT          JOSEPH R. MAYS  43487-007

7014 2120 0004 1487 9567

RE: Appeal of Supplemental Response to BOP FOIA 2017-04802    December 11, 2017
    Appeal No.: DOJ-AP-2017-004799                            Page 4 of 19

5) Copy of the <u>names of my "contact" people</u> (i.e. people who assisted me in "circulating these flyers."

6) The <u>date</u> these "flyers" were put into circulation and <u>the methods I used</u> to accomplish this — US Mail, email, Internet, fax, text, and/or telephone. **NOTE**: <u>If</u> I did this, they should be able to use the ID tags (fluorescent orange bar code(s) on the back of envelopes), IP addresses, and cellular and land line telephone logs to pinpoint this.

I also need the following information to see when my UNICOR Computer Access Account (43487-007) was last used to ensure that my account was not compromised, after 12:30PM on August 11, 2016, and used to create these "flyers."

1) A copy of the listing of ALL [logged] access to my UNICOR Computer Access Account (43487-007) — Refer to Network Login Request 9-23-2015

2) The date that my UNICOR Computer Access Account (43487-007) was closed.

Nothing is shown about two other issues that were described in the Form 409(BOP FOIA 2017-02957  1 of 3), which was based off of the SIS Investigative Report.

1) They (Warden Smith, Associate Warden Maät, UNICOR Factory Manager Hoskins, Case Manager Halfast, Unit Manager Willis, and the SIS Office) stated that I "manipulated" a lower functioning inmate (Custodian - Mr. Larry Hall), with violent tendencies, into believing that staff and inmates were making fun of him. However, they <u>do not show</u> any of this in the SIS Report. My rebuttal to this is that I

CERTIFIED MAIL RECEIPT #               JOSEPH R. MAYS 43487-007

7014 2120 0004 1467 9567

RE: Appeal of Supplemental Response to BOP FOIA 2017-04802    December 11, 2017
    Appeal No.: DOJ-AP-2017-004799                           Page 5 of 19

was a _mediator_ between UNICOR coworkers Inmate Hall and Inmate Coe, who
worked on the Edgers. They both _came to me_, in the weeks prior to
my detention, to resolve a problem between them. And, I also
talked to Mr. Hall about managing his anger. He was going through
some things that can be verified by another inmate, should the need
arise, and confirm the issue(s) that Mr. Hall had at work. The staff
members above failed to mention that Mr. Hall was in the Step-Down
Program, in Duke Unit, at FCI Butner I. This program addresses the serious
mental health issues of the inmates in that program.

2) The second issue is one that was fabricated because Supervisor
   Humphries would always, with a sense of humor, ask me, "Mays, what
   time is it?" I would laugh and say, "Hammer Time," in reference to
   rapper MC Hammer, but obviously not about wearing baggy pants. They
   _don't show_ who said something about the hammer or about Inmate Hall.

This last section deals with small, but critical issues/flaws in their
information. In the initial memorandum, which I was unaware of, along
with the "flyers", until November 6, 2017, UNICOR Factory Manager Hoskins
and Associate Warden Quint stated that we were _talking_ about resolving a
pending Administrative Remedy [on August 11, 2016]. This is opposed to what is
written in the SIS Investigative Report, which states I _confronted_ them
at mainline. Although the definition of confrontation can be negative or
neutral, it doesn't matter here, because UNICOR Factory Manager Hoskins
_asked me_/_requested for me_ to come into the Dining Hall to talk to them.
I was on my way back to work from the Mail Room.

CERTIFIED MAIL RECEIPT #                    JOSEPH R. MAYS 43487-007
7014 2120 0000 1467 9567

RE: Appeal of Supplementary Response to BOP FOIA 2017-04802   December 11, 2017
    Appeal No.: DOJ-AP-2017-004799                    Page 6 of 19

    The bottom line is that the accusations (circulating flyers, manipulating
Inmate Hall, and creating problems in UNICOR) are ALL untrue and were
manufactured to retaliate against me for voicing my option to go/
file above them, if they failed to resolve the Administrative Remedy.

    Because adverse determinations were made against me, I need the
requested information to properly defend myself. I continue to suffer
financially, my character was defamed, and these actions could have
negatively impacted my clemency application, which was submitted only
four months prior to the incident on August 11, 2016. There allegations
have no basis in the truth. This evidenced by the continued
denials of and delays in supplying information to me. If what I did
was true, they wouldn't/shouldn't have a problem sending me their
[factual] supporting evidence. In other words, the FULL unredacted
SIS Report.

    This final request is being initiated in the interest of fairness, justice (to
clear my name and record) and for adherence, by the responsible staff
members, to the FBOP's Code of Ethics and Core Values, Standards of
Employee Conduct, United States Code and Statutes, Code of Federal Regulations,
and the Constitution of the United States of America.

Respectfully submitted,                    ATTACHMENTS - 13 PAGES

                                           - USDOJ/OIP Remand/Appeal Response Letter 9/26/17  1 pg
                                           - BOP Supplemental Response (2017-07249) 10/31/17   11 pgs
Joseph R. Mays                             - BOP FOIA 2017-02957  1 of 3  1 pg



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*                    RECEIVED  10/2/2017 ☇

Mr. Joseph R. Mays
Register No. 43487-007
Federal Correctional Institution         Re:    Appeal No. DOJ-AP-2017-004799
Post Office Box 6000                            Request No. 2017-04802
Glenville, WV 26351                             MWH:MTC

**VIA: U.S. Mail**

Dear Mr. Mays:

     You appealed from the action of the Federal Bureau of Prisons (BOP) on your Freedom
of Information Act request for access to certain records concerning yourself and an incident that
occurred on August 11, 2016.

     After carefully considering your appeal, and as a result of discussions between BOP
personnel and this Office, I am remanding your request to BOP for a further processing of the
responsive records and for a further search for additional responsive records. If BOP locates
additional records and determines that additional records are releasable, it will send them to you
directly, subject to any applicable fees. You may appeal any future adverse determination made
by BOP. If you would like to inquire about the status of this remand, please contact BOP
directly.

     If you have any questions regarding the action this Office has taken on your appeal, you
may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with
the undersigned agency official by calling (202) 514-3642.

     If you are dissatisfied with my action on your appeal, the FOIA permits you to file a
lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

                             Sincerely,

                                               9/26/2017

                       X _(signature)_

                       Matthew Hurd, Associate Chief, for
                       Sean O'Neill, Chief, Administrative Appeals ...
                       Signed by: MATTHEW HURD



RECEIVED  11-6-2017

**U.S. Department of Justice**
**Federal Bureau of Prisons**

_Mid Atlantic Regional Office_
_302 Sentinel Drive_
_Suite 200_
_Annapolis Junction, MD  20701_

October 31, 2017

Joseph Mays
Reg. No. 43487-007
FCI Gilmer
P.O. Box 6000
Glenville, WV  26351          Request Number: 2017-07249 (Supplemental to 2017-04802)

Dear Mr. Mays:

This is in response to the above referenced Freedom of Information Act (FOIA) request. The
attached documents are a supplemental released to FOIA No. 2017-04802.

In response to your request, staff located 10 pages of responsive records, which were forwarded to
this office for a release determination. After careful review, we determined 5 pages are appropriate
for release in full; 4 pages are appropriate for release in part; and, 1 page must be withheld in its
entirety. Copies of releasable records are attached.

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, records were redacted or withheld in
full from disclosure to you under the following exemptions: (b)(2), (b)(5), (b)(6), (b)(7)(C)
(b)(7)(F). An explanation of FOIA exemptions is attached.

If you have questions about this response please feel free to contact the undersigned, this office,
or the Federal Bureau of Prisons' (BOP) FOIA Public Liaison, Mr. C. Darnell Stroble at 202-616-
7750 or 320 First Street NW, Suite 936, Washington DC 20534.

Additionally, you may contact the Office of Government Information Services (OGIS) at the
National Archives and Records Administration to inquire about the FOIA mediation services they
offer. The contact information for OGIS is as follows: Office of Government Information, Services,
National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park,
Maryland 20740-6001; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-
741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing
to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite
11050, 1425 New York Avenue, NW, Washington, DC 20530-0001. Your appeal must be
postmarked within 90 days of the date of my response to your request. If you submit your appeal
by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act
Appeal."

Sincerely,

Matthew W. Mellady
Mid-Atlantic Regional Counsel

RE: FOIA APPEAL: DOJ-AP-2017-004799          RECEIVED 11-6-2017

BoP REQUEST NUMBER: 2017-07249 (Supplemental to 2017-04802)

**Explanation of FOIA Exemptions Used by the Federal Bureau of Prisons**

**5 U.S.C. § 552(b)(1)** protects classified information.

**5 U.S.C. § 552(b)(2)** concerns matters related solely to internal agency personnel rules or practices.

**5 U.S.C. § 552(b)(3)** concerns matters specifically exempted from release by statute.

**5 U.S.C. § 552(b)(4)** concerns trade secrets and commercial or financial information obtained from a person that is privileged or confidential.

**5 U.S.C. § 552(b)(5)** concerns certain inter- and intra-agency communications protected by the deliberative process privilege, the attorney work-product privilege, and/or the attorney-client privilege.

**5 U.S.C. § 552(b)(6)** concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(A)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

**5 U.S.C. § 552(b)(7)(B)** concerns records or information compiled for law enforcement purposes the release of which would deprive a person of a right to a fair trial or an impartial adjudication.

**5 U.S.C. § 552(b)(7)(C)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties.

**5 U.S.C. § 552(b)(7)(D)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to disclose the identities of confidential sources and information furnished by such sources.

**5 U.S.C. § 552(b)(7)(E)** concerns records or information compiled for law enforcement purposes the release of which would disclose techniques and procedures for law enforcement investigations or prosecutions.

**5 U.S.C. § 552(b)(7)(F)** concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

**5 U.S.C. § 552(b)(8)** concerns matters that are "contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions."

**5 U.S.C. § 552(b)(9)** concerns geological and geophysical information and data, including maps, concerning wells.



RECEIVED  11-6-2017 ∮

**U.S. Department of Justice**

**Federal Bureau of Prisons**

### Inmate Investigative Report

**Institution:** Butner FCI-1

**Case Number:** BUT-16-0107

**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 43487007 | MAYS, JOSEPH | Suspect |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Investigator:** [redacted]            **Date:** 8/25/2016 7:28:23 AM CST

**Captain:** [redacted]            **Date:** 9/12/2016 11:20:47 AM CST

**Associate Warden:** [redacted]            **Date:** 9/12/2016 11:56:31 AM CST

**Warden:** SMITH, THOMAS            **Date:** 9/13/2016 6:56:32 AM CST

RECEIVED  11-6-2017

## Summary:

On August 11, 2016, at approximately 11:40 a.m., inmate Mays, Joseph, Register No. 43487-007, confronted staff at mainline regarding concerns he had. 

Mays was placed in administrative detention pending the outcome of an SIS investigation.

## Inmate Data:



**Name:** 43487007 - MAYS, JOSEPH

**Role:** Suspect

**Security Level:** MEDIUM

**Facility Arrival Date:** 8/12/2016

**Charges:**

**Description**

22-2103 MURDER II WHILE AREMED (3X).

**STGs:**

**Age:** 52   **Race:** BLACK

**Custody Level:** IN

**Projected Release Date:** 6/2/2048

**Sentencing District**

DIST OF COLUMBIA, SUPERIOR CRT

**CIMs:**

## Victim Statements:

\*\*No information was found for the given criteria.\*\*

## Assailant Statements:

\*\*No information was found for the given criteria.\*\*

## Other Statements:

**Date:** 8/11/2016 11:45 AM

**Interviewer:**

**Interviewee:** 43487007 - MAYS, JOSEPH

**Location:**

**Title:** SIS TECH

"I told them that there is a way I can handle this I'll file my administrative remedies.  I didn't get some of the training that some of the other employees got.  I never threatened anything, raised my voice or anything like that.  I like doing my job, but at the same time I wanted some light in my work area, and a fan for circulation.  I'm thorough when I work on the machines some people don't like that.  I do feel like I am discriminated against and treated differently than some of the other factory employees. I just want to be treated like the other factory employees and receive the same training that the other factory employees get.  I feel like the factory manager doesn't like the fact that I'm thorough when it comes to my job and that may slow down the production.  I'm going to make sure that things are right.  I also file administrative remedies to ensure that the conditions are what they are supposed to be".

RECEIVED   11-6-2017

**Factual Findings:**

**No item information was found for the given criteria.**

| Type | Subtype | File Name | Original Entered By |
|------|---------|-----------|---------------------|
| Communications | Inmate Mail | flyer circulating.pdf | TF04860 |
| National Prison Strike September 2016 | | | |

**Conclusion:**

**Recommendation:**

**CIMS Separation Warranted:**

RECEIVED 11-6-2017 ✗

# THIS IS A CALL TO END SLAVERY IN AMERICA

## NATIONAL PRISON STRIKE SEPTEMBER 2016

**SLAVERY IS ALIVE AND WELL IN THE PRISON SYSTEM, BUT BY THE END OF THIS YEAR, IT WON'T BE ANYMORE.**



# THIS IS A CALL TO END SLAVERY IN AMERICA

## NATIONAL PRISON STRIKE SEPTEMBER 2016

**SLAVERY IS ALIVE AND WELL IN THE PRISON SYSTEM, BUT BY THE END OF THIS YEAR, IT WON'T BE ANYMORE.**





RECEIVED    11-6-2017

**Find more information, updates and organizing materials and opportunities at the following websites:**

**SupportPrisonerResistance.net**

**FreeAlabamaMovement.com**

**IWOC.noblogs.org**



IN ONE VOICE, rising from the cells of long term solitary confinement, echoed in the dormitories and cell blocks from Virginia to Oregon, we prisoners across the United States vow to finally end slavery in 2016.

On September 9th of 1971 prisoners took over and shut down Attica, New York State's most notorious prison. On September 9th of 2016, we will begin an action to shut down prisons all across this country. We will not only demand the end to prison slavery, we will end it ourselves by ceasing to be slaves.

In the 1970s the US prison system was crumbling. In Walpole, San Quentin, Soledad, Angola and many other prisons, people were standing up, fighting and taking ownership of their lives and bodies back from the plantation prisons. For the last six years we have remembered and renewed that struggle. In the interim, the prisoner population has ballooned and technologies

**Find more information, updates and organizing materials and opportunities at the following websites:**

**SupportPrisonerResistance.net**

**FreeAlabamaMovement.com**

**IWOC.noblogs.org**



IN ONE VOICE, rising from the cells of long term solitary confinement, echoed in the dormitories and cell blocks from Virginia to Oregon, we prisoners across the United States vow to finally end slavery in 2016.

On September 9th of 1971 prisoners took over and shut down Attica, New York State's most notorious prison. On September 9th of 2016, we will begin an action to shut down prisons all across this country. We will not only demand the end to prison slavery, we will end it ourselves by ceasing to be slaves.

In the 1970s the US prison system was crumbling. In Walpole, San Quentin, Soledad, Angola and many other prisons, people were standing up, fighting and taking ownership of their lives and bodies back from the plantation prisons. For the last six years we have remembered and renewed that struggle. In the interim, the prisoner population has ballooned and technologies

of control and confinement have developed into the most sophisticated and repressive in world history. The prisons have become more dependent on slavery and torture to maintain their stability.

Prisoners are forced to work for little or no pay. That is slavery. The 13th amendment to the US constitution maintains a legal exception for continued slavery in US prisons. It states "neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States." Overseers watch over our every move, and if we do not perform our appointed tasks to their liking, we are punished. They may have replaced the whip with pepper spray, but many of the other torments remain: isolation, restraint positions, stripping off our clothes and investigating our bodies as though we are animals.

Slavery is alive and well in the prison system, but by the end of this year, it won't be anymore. This is a call to end slavery in America. This call goes directly to the slaves themselves. We are not making demands or requests of our captors, we are calling ourselves to action. To every prisoner in every state and federal institution across this land, we call on you to stop being a slave, to let the crops

RECEIVED  11-6-2017

**PRISON IMPACTS EVERYONE. WHEN WE STAND UP AND REFUSE ON SEPTEMBER 9TH, 2016, WE NEED TO KNOW OUR FRIENDS, FAMILIES AND ALLIES ON THE OUTSIDE WILL HAVE OUR BACKS. THIS SPRING AND SUMMER WILL BE SEASONS OF ORGANIZING, OF SPREADING THE WORD, BUILDING THE NETWORKS OF SOLIDARITY AND SHOWING THAT WE'RE SERIOUS AND WHAT WE'RE CAPABLE OF.**

**STEP UP, STAND UP, AND JOIN US.**

**AGAINST PRISON SLAVERY.**

**FOR LIBERATION OF ALL.**

of control and confinement have developed into the most sophisticated and repressive in world history. The prisons have become more dependent on slavery and torture to maintain their stability.

Prisoners are forced to work for little or no pay. That is slavery. The 13th amendment to the US constitution maintains a legal exception for continued slavery in US prisons. It states "neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States." Overseers watch over our every move, and if we do not perform our appointed tasks to their liking, we are punished. They may have replaced the whip with pepper spray, but many of the other torments remain: isolation, restraint positions, stripping off our clothes and investigating our bodies as though we are animals.

Slavery is alive and well in the prison system, but by the end of this year, it won't be anymore. This is a call to end slavery in America. This call goes directly to the slaves themselves. We are not making demands or requests of our captors, we are calling ourselves to action. To every prisoner in every state and federal institution across this land, we call on you to stop being a slave, to let the crops

**PRISON IMPACTS EVERYONE. WHEN WE STAND UP AND REFUSE ON SEPTEMBER 9TH, 2016, WE NEED TO KNOW OUR FRIENDS, FAMILIES AND ALLIES ON THE OUTSIDE WILL HAVE OUR BACKS. THIS SPRING AND SUMMER WILL BE SEASONS OF ORGANIZING, OF SPREADING THE WORD, BUILDING THE NETWORKS OF SOLIDARITY AND SHOWING THAT WE'RE SERIOUS AND WHAT WE'RE CAPABLE OF.**

**STEP UP, STAND UP, AND JOIN US.**

**AGAINST PRISON SLAVERY.**

**FOR LIBERATION OF ALL.**

RECEIVED 11-6-2017

have drawn long overdue attention to—but also under the threat of capture, of being thrown into these plantations, shackled and forced to work.

Our protest against prison slavery is a protest against the school to prison pipeline, a protest against police terror, a protest against post-release controls. When we abolish slavery, they'll lose much of their incentive to lock up our children, they'll stop building traps to pull back those who they've released. When we remove the economic motive and grease of our forced labor from the US prison system, the entire structure of courts and police, of control and slave-catching must shift to accommodate us as humans, rather than slaves.

rot in the plantation fields, to go on strike and cease reproducing the institutions of your confinement.

**This is a call for a nation-wide prisoner work stoppage to end prison slavery, starting on September 9th, 2016. They cannot run these facilities without us.**

Non-violent protests, work stoppages, hunger strikes and other refusals to participate in prison routines and needs have increased in recent years. The 2010 Georgia prison strike, the massive rolling California hunger strikes, the Free Alabama Movement's 2014 work stoppage, have gathered the most attention, but they are far from the only demonstrations of prisoner power. Large, sometimes effective hunger strikes have broken out at Ohio State Penitentiary, at Menard Correctional in Illinois, at Red Onion in Virginia as well as many other prisons. The burgeoning resistance movement is diverse and interconnected, including immigrant detention centers, women's prisons and juvenile facilities. Last fall, women prisoners at Yuba County Jail in California joined a hunger strike initiated by women held in immigrant detention centers in California, Colorado and Texas.

Prisoners all across the country regularly engage in

have drawn long overdue attention to—but also under the threat of capture, of being thrown into these plantations, shackled and forced to work.

Our protest against prison slavery is a protest against the school to prison pipeline, a protest against police terror, a protest against post-release controls. When we abolish slavery, they'll lose much of their incentive to lock up our children, they'll stop building traps to pull back those who they've released. When we remove the economic motive and grease of our forced labor from the US prison system, the entire structure of courts and police, of control and slave-catching must shift to accommodate us as humans, rather than slaves.

rot in the plantation fields, to go on strike and cease reproducing the institutions of your confinement.

**This is a call for a nation-wide prisoner work stoppage to end prison slavery, starting on September 9th, 2016. They cannot run these facilities without us.**

Non-violent protests, work stoppages, hunger strikes and other refusals to participate in prison routines and needs have increased in recent years. The 2010 Georgia prison strike, the massive rolling California hunger strikes, the Free Alabama Movement's 2014 work stoppage, have gathered the most attention, but they are far from the only demonstrations of prisoner power. Large, sometimes effective hunger strikes have broken out at Ohio State Penitentiary, at Menard Correctional in Illinois, at Red Onion in Virginia as well as many other prisons. The burgeoning resistance movement is diverse and interconnected, including immigrant detention centers, women's prisons and juvenile facilities. Last fall, women prisoners at Yuba County Jail in California joined a hunger strike initiated by women held in immigrant detention centers in California, Colorado and Texas.

Prisoners all across the country regularly engage in

RECEIVED • 11-6-2017

myriad demonstrations of power on the inside. They have most often done so with convict solidarity, building coalitions across race lines and gang lines to confront the common oppressor.

Forty-five years after Attica, the waves of change are returning to America's prisons. This September we hope to coordinate and generalize these protests, to build them into a single tidal shift that the American prison system cannot ignore or withstand. We hope to end prison slavery by making it impossible, by refusing to be slaves any longer.

To achieve this goal, we need support from people on the outside. A prison is an easy-lockdown environment, a place of control and confinement where repression is built into every stone wall and chain link, every gesture and routine. When we stand up to these authorities, they come down on us, and the only protection we have is solidarity from the outside. Mass incarceration, whether in private or state-run facilities is a scheme where slave catchers patrol our neighborhoods and monitor our lives. It requires mass criminalization. Our tribulations on the inside are a tool used to control our families and communities on the outside. Certain Americans live every day under not only the threat of extra-judicial execution—as protests surrounding the deaths of Mike Brown, Tamir Rice, Sandra Bland and so many others

# FORTY-FIVE YEARS AFTER ATTICA, THE WAVES OF CHANGE ARE RETURNING TO AMERICA'S PRISONS. THIS SEPTEMBER WE HOPE TO COORDINATE AND GENERALIZE THESE PROTESTS, TO BUILD THEM INTO A SINGLE TIDAL SHIFT THAT THE AMERICAN PRISON SYSTEM CANNOT IGNORE OR WITHSTAND.

myriad demonstrations of power on the inside. They have most often done so with convict solidarity, building coalitions across race lines and gang lines to confront the common oppressor.

Forty-five years after Attica, the waves of change are returning to America's prisons. This September we hope to coordinate and generalize these protests, to build them into a single tidal shift that the American prison system cannot ignore or withstand. We hope to end prison slavery by making it impossible, by refusing to be slaves any longer.

To achieve this goal, we need support from people on the outside. A prison is an easy-lockdown environment, a place of control and confinement where repression is built into every stone wall and chain link, every gesture and routine. When we stand up to these authorities, they come down on us, and the only protection we have is solidarity from the outside. Mass incarceration, whether in private or state-run facilities is a scheme where slave catchers patrol our neighborhoods and monitor our lives. It requires mass criminalization. Our tribulations on the inside are a tool used to control our families and communities on the outside. Certain Americans live every day under not only the threat of extra-judicial execution—as protests surrounding the deaths of Mike Brown, Tamir Rice, Sandra Bland and so many others

# FORTY-FIVE YEARS AFTER ATTICA, THE WAVES OF CHANGE ARE RETURNING TO AMERICA'S PRISONS. THIS SEPTEMBER WE HOPE TO COORDINATE AND GENERALIZE THESE PROTESTS, TO BUILD THEM INTO A SINGLE TIDAL SHIFT THAT THE AMERICAN PRISON SYSTEM CANNOT IGNORE OR WITHSTAND.



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

*P. O. Box 1000*

*Butner, North Carolina 27509*

RECEIVED    11-6-2017

Date 08/11/2016

MEMORANDUM FOR ▓▓▓▓▓ Captain

FROM: ▓▓▓▓▓ Factory Manager

SUBJECT: Inmate Joseph Mays 43487-007

On 08/11/2016 at approximately 11:40 A.M., ▓▓▓ and I were Talking to inmate Mays about resolving a pending Administrative Remedy. Inmate Mays became agitated and made threating comments ▓▓▓ He stated, "He would do what he had to do to do". He said he was the one who works on the equipment in UNICOR, and he could cause problems in the factory.

At approximately 12:00 P.M. inmate Mays was escorted from the UNICOR Factory to the Special Housing Unit by ▓▓▓▓▓▓▓



EMS-409.051 REQUEST FOR TRANSFER/APPLICATION OF MANAGEMENT VARIABLE CDFRM
SEP 2006
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

| From: Thomas B. Smith, Warden | Facility: FCI Butner I, North Carolina | Date: |
|---|---|---|
| Inmate's Name: MAYS, Joseph Randolph | Register Number: 43487-007 | |
| To: DSCC Administrator | | |

__X__  Transfer to: Any appropriate MEDIUM facility (323 - Close Supervision)
_____  Apply Management Variable:
_____  Update Management Variable Expiration Date.  (New Date):

1.   Inmate's Medical Status

Inmate MAYS is a Care Level 2 Stable, Chronic Care inmate assigned to regular duty work status with no medical restrictions. He does not have any medical issues or mental health concerns noted or observed that would prevent a transfer.

2.  Institution Adjustment (Include a brief description of the inmate's adjustment during this period of incarceration with emphasis on recent adjustment.)

Inmate MAYS has maintained poor institutional adjustment at FCI Butner.

3.  Rationale for Referral.  (For Mariel Cuban Detainees, include availability of community resources and status of INS review process in this section.)

On August 11, 2016, at approximately 11:40 a.m., inmate Mays confronted staff at mainline regarding some concerns he had.  During the confrontation, Mays became visibly agitated and made threatening comments towards staff.  Mays stated, "he would do what he had to do" and "he could cause problems in UNICOR."  During this same time, there was information circulating throughout the Bureau of Prisons regarding a proposed work stoppage on September 9, 2016.  Inmate Mays was placed in Administrative Detention pending an SIS Investigation.  The investigation determined inmate Mays has animosity towards certain staff, because he didn't get "his way" in certain situations and due to flyers circulating pertaining to a work stoppage slated for September 9, 2016.  The investigation further revealed that Mays attempted to manipulate a lower functioning inmate, with violent tendencies, into believing that staff and inmates were making fun of him.  During one conversation, Mays picked up a hammer, slammed it down and stated that a staff member was going to get the hammer.  It is the recommendation of the SIS Office that inmate Mays be transferred to an institution outside of FCC Butner, NC.  Inmate Mays was recently re-classified as an 8-point HIGH security inmate with a MEDIUM security management level.  Unit Team is requesting a transfer to any appropriate MEDIUM security facility.  Inmate Mays projected release date is June 2, 2048.  He is not appropriate for RRC referral at this time.

He is a CIM case.

| 4a.  Parole Hearing Scheduled: ___ Yes _X_ No | 4b.  If yes, when: _____ |
|---|---|

5.   Note any past or present behavior and/or management/inmate concerns.
Inmate Mays recently became increasingly confrontational with staff.

6.   BP337/BP338 Discrepancies
None.

FOI EXEMPT

Staff have checked the following SENTRY Programs to ensure that they are correct and current:
    Inmate Profile                        CIM Clearance and Separatee Data
    Inmate Load Data                      Custody Classification Form
    Sentence Computation                  Chronological Disciplinary Record

| Prepared by (Case (b)(6),(b)(7)(C) | Unit Manager Sig (b)(6),(b)(7)(C) |
|---|---|
| (b)(6),(b)(7)(C) | (b)(6),(b)(7)(C) |

Case 1:20-cv-02197-CKK   Document 22-4   Filed 03/19/21   Page 115 of 119



JOSEPH R. MAYS 43487-007
FEDERAL CORNE
PO BOX 6000
GLENVILLE, WV 26351-6000

CERTIFIED MAIL RECEIPT #
7014 2120 0004 1487 9567

LEGAL MAIL

FREEDOM OF INFORMATION ACT APPEAL

43487-007
Us Dept Of Justice
Information Policy Office
1425 NEW YORK AVE NW
Suite 11050
Washington, DC 20530
United States

X-RAYED
DEC 2 0 2017
DOJ MAILROOM

INSPECTED 27

INSPECTED 4

**DOJ-FASS**
To: OIP/FOIA
Building:
Room # 11050
Department: OIP

70142120000414879567

CERTIFIED MAIL
7014 2120 0004 1487 9567

U.S. POSTAGE
GLENVILLE WV
DEC 15 17
AMOUNT
$0.00
R2303X167438

HEART PURPLE HEART
FOREVER USA

# Exhibit Q



**U.S. Department of Justice**

Office of Information Policy

*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Mr. Joseph R. Mays
Register No. 43487-007
Federal Correctional Institution                 Re:      Appeal No. DOJ-AP-2018-001767
Post Office Box 6000                                         Request No. 2017-07249
Glenville, WV  26351                                        DRC:MTC

**VIA:  U.S. Mail**

Dear Mr. Mays:

       You appealed from the action of the Federal Bureau of Prisons (BOP) on your remanded Freedom of Information Act request for access to records concerning an incident that occurred on August 11, 2016.

       After carefully considering your appeal, and as a result of discussions between BOP personnel and this Office, I am releasing additional portions of one page in part to you, copies of which I have enclosed.  I am otherwise affirming, on partly modified grounds, BOP's action on your request.

       In order to provide you with the greatest possible access to responsive records, your request was reviewed under both the Privacy Act of 1974 and the FOIA.  I have determined that the records responsive to your request are exempt from the access provision of the Privacy Act. See 5 U.S.C. § 552a(j)(2); see also 28 C.F.R. § 16.97 (2017).  For this reason, I have reviewed your appeal under the FOIA.

       The FOIA provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  BOP properly withheld certain information because it is protected from disclosure under the FOIA pursuant to:

       5 U.S.C. § 552(b)(5), which concerns certain inter- and intra-agency records protected by the deliberative process privilege;

       5 U.S.C. § 552(b)(6), which concerns material the release of which would constitute a clearly unwarranted invasion of the personal privacy of third parties;

- 2 -

5 U.S.C. § 552(b)(7)(C), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of the personal privacy of third parties; and

5 U.S.C. § 552(b)(7)(F), which concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to endanger the life or personal safety of an individual.

Please be advised that for each of these exemptions, it is reasonably foreseeable that disclosure of the information withheld would harm the interests protected by these exemptions.

As to your appeal concerning the adequacy of BOP's search for responsive records subject to the FOIA, I have determined that BOP's response was correct and that it conducted an adequate, reasonable search for such records. Please be advised that BOP does not maintain records that document when an inmate accesses his UNICOR email account nor when such an account may have been cancelled.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your underlying request, and the action of BOP in response to your request.

If you are dissatisfied with my action on your appeal, the FOIA permits you to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office's FOIA Public Liaison for your appeal. Specifically, you may speak with the undersigned agency official by calling (202) 514-3642.

Sincerely,

8/9/2018

X _~~~~~~_

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: OIP



**U.S. Department of Justice**
**Federal Bureau of Prisons**

### Inmate Investigative Report

**Institution:** Butner FCI-1
**Case Number:** BUT-16-0107
**Investigation Type:** Investigative / Incident

**Inmates Involved:**

| Register Number | Name | Role |
|---|---|---|
| 43487007 | MAYS, JOSEPH | Suspect |

**Staff Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Others Involved:**

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

**Investigator:** (b) (6), (b) (7)(C)                     **Date:** 8/25/2016 7:28:23 AM CST

**Captain:** (b) (6), (b) (7)(C)                     **Date:** 9/12/2016 11:20:47 AM CST

**Associate Warden:** MA'AT, SEKOU                     **Date:** 9/12/2016 11:56:31 AM CST

**Warden:** SMITH, THOMAS                     **Date:** 9/13/2016 6:56:32 AM CST

BOP FOIA 2017-07249 1 of 10