UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH RANDOLPH MAYS,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )  Civil Action No. 20-2197 (CKK)<br>FEDERAL BUREAU OF PRISONS, et al.,  )<br>  )<br>Defendants.  )<br>  )<br>  )<br>  ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of March, 2021, he served a copy of the foregoing Motion for Summary Judgment; Statement of Material Facts Not in Dispute; Declaration of Kelly Forbes, with attached Exhibits A through Q; and Vaughn Index, upon the Pro Se Plaintiff, via regular mail, at the following address:

Joseph Randolph Mays
Pro Se
R#43487-007
Gilmer Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 6000
Glenville. WV 26351-6000

Dated:  March 19, 2021

Respectfully submitted,

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By: /s/Thomas W. Duffey
THOMAS W. DUFFEY

- 2 -

`

Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2510
Thomas.duffey@usdoj.gov

Attorneys for the United States